Certificate Number: 02114-KS-CC-023001591



# **CERTIFICATE OF COUNSELING**

I CERTIFY that on <u>March 18, 2014</u>, at <u>01:09</u> o'clock <u>PM EST</u>, <u>Casey R Pollard</u> received from <u>ClearPoint Credit Counseling Solutions</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Kansas</u>, an individual [or group] briefing (including a briefing conducted by telephone or on the internet) that complied with the provisions of 11 U.S.C . §§ 109(h) and 111. A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate. This counseling session was conducted <u>by internet</u>.

Date: <u>March 18, 2014</u>          By:   <u>/s/Abdul Mclin</u>

                              Name:  <u>Abdul Mclin</u>

                              Title:  <u>Regional Counseling Manager</u>

Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy code are required to file within the United States Bankruptcy Court a complete certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521 (b).