# United States Bankruptcy Court
## District of Kansas, Kansas City

In re  **Casey Ray Pollard**
                                    Debtor(s)

Case No. _____
Chapter  **13**

## DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Casey Ray Pollard**, declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☒  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on  **3-18-14**  (date) by  *[signature]*
                                        Casey Ray Pollard          (debtor)

| NAME | CASEY R POLLARD | DATE | 2/07/2014 | CHECK | 55590 |
|---|---|---|---|---|---|
| EMPLOYEE | 027 | Pay Period Start | 2/07/2014 | End | 2/07/2014 |
| SOCIAL SECURITY | | | | | |
| CLASS | HOURLY | | | | |
| DEPARTMENT | SD | | | | |
| SICK LEAVE | | | | | |
| VACATION | | | | | |
| HOLIDAY | | | | | |
| PERIOD ENDING | 2/07/2014 | | | | |

| | GROSS | FEDERAL | FICA | MEDICARE | STATE | OTHER TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 937.94 | 110.19 | 58.15 | 13.60 | 29.36 | | 15.34 | 711.30 |
| YEAR TO DATE | 937.94 | 110.19 | 58.15 | 13.60 | 29.36 | | 15.34 | 711.30 |

| DETAIL | HOURS | RATE | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| ***COMPENSATION*** | | | | |
| BASE | 38.00 | | 484.57 | 484.57 |
| GUARANTEE | 32.50 | 12.75 | 414.37 | 414.37 |
| TRAINING PAY | 2.00 | 12.75 | 25.50 | 25.50 |
| OTHER PAY | | | 13.50 | 13.50 |
| *** DEDUCTIONS *** | | | | |
| EMPLOYEE A/R | | | 15.34 | 15.34 |

Case 14-40231    Doc# 5    Filed 03/18/14    Page 2 of 6

| NAME | CASEY R POLLARD | DATE | 2/21/2014 | CHECK | 55745 |
|---|---|---|---|---|---|
| EMPLOYEE | 027 | Pay Period Start | 2/21/2014 | End | 2/21/2014 |
| SOCIAL SECURITY | | | | | |
| CLASS | HOURLY | | | | |
| DEPARTMENT | SD | | | | |
| SICK LEAVE | | | | | |
| VACATION | | | | | |
| HOLIDAY | | | | | |
| PERIOD ENDING | 2/21/2014 | | | | |

| | GROSS | FEDERAL | FICA | MEDICARE | STATE | OTHER TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 739.64 | 80.45 | 45.86 | 10.72 | 19.64 | | | 582.97 |
| YEAR TO DATE | 1677.58 | 190.64 | 104.01 | 24.32 | 49.00 | | 15.34 | 1294.27 |

| DETAIL | HOURS | RATE | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| ***COMPENSATION*** | | | | |
| BASE | 50.10 | | 638.92 | 1123.49 |
| GUARANTEE | 6.10 | 12.75 | 77.77 | 492.14 |
| OTHER PAY | | | 22.95 | 36.45 |
| TRAINING PAY | | | | 25.50 |
| *** DEDUCTIONS *** | | | | |
| EMPLOYEE A/R | | | | 15.34 |

Case 14-40231    Doc# 5    Filed 03/18/14    Page 3 of 6



# Earnings Statement

```
CO      FILE #          000000-000000
PCSDHC  000152876
PrsArea: T733  Loc: 0295   CO: 0059
```

Ryder Truck Rental, Inc.
305-500-3058
11690 NW 105 St.
Miami, FL 33178

Advice Date: 01/29/2014
Advice Number: 5287600087
Batch Number: 000009402
Page 001 of 001

Taxable Marital Status: S
Federal: 00 Addt'l Tx
State: 00 Addt'l Tx
Local:

Casey Pollard
PO Box 7
640 E 3rd Street
Lecompton, KS 66050

| EARNINGS | RATE | UNITS/HRS | CURRENT | Y-T-D |
|---|---|---|---|---|
| Reg Pay | 17.84 | 8.70 | 155.21 | 1,787.57 |
| Overtime | | | | 160.56 |
| Sick Pay | | | | 142.72 |
| HolPW NW | | | | 214.08 |
| PersDay | | | | 285.44 |
| Totals: | | | 155.21 | 2,590.37 |

| PRE-TAX DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|
| Medical Plan | | 63.24 |
| Vision Plan | | 2.62 |
| Dental Plan | | 12.46 |
| Medical Plan Retro | | 63.24- |
| Vision Plan-Retro | | 2.62- |
| Dental Plan Retro | | 12.46- |
| FEDERAL Taxable Wages | 155.21 | 2,590.37 |

| TAXES | | CURRENT | Y-T-D |
|---|---|---|---|
| W/H | Federal | 11.19 | 350.25 |
| Soc Sec | Federal | 9.62 | 160.60 |
| Medicare | Federal | 2.25 | 37.56 |
| W/H | Kansas | 2.63 | 93.04 |
| TOTAL TAXES | | 25.69 | 641.45 |

| OTHER DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|
| Life Insurance | | 2.58 |
| Life Insur Retro | | 2.58- |

NET PAY: 129.52

YOUR PERSONNEL NUMBER IS: 152876
PERIOD: 01/16/2014 THRU 01/22/2014

© 2003 AutomaticData Processing (PCSUVO)

---

Ryder Truck Rental, Inc.
305-500-3058
11690 NW 105 St.
Miami, FL 33178

Advice Number: 5287600087
Advice Date: 01/29/2014

**Deposited to Financial Institution**: FIRST STAT
**Account Number**: XXXXXXXXXXXX
**Amount**: 129.52

THIS IS NOT A CHECK  THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Case 14-40231   Doc# 5   Filed 03/18/14   Page 4 of 6



```
             CO      FILE #            000000-000000              Earnings   Statement
          PCSDHC  000152876
          PrsArea: T733  Loc: 0295    CO: 0059
          Ryder Truck Rental, Inc.                                                Page 001 of 001
          305-500-3058                                   Advice Date:            01/22/2014
          11690 NW 105 St.                               Advice Number:          5287600086
          Miami, FL 33178                                Batch Number:           000009387

          Taxable Marital Status: S

          Federal: 00  Addt'l Tx
          State:   00  Addt'l Tx                         Casey  Pollard
          Local:                                         PO Box 7
                                                         640 E 3rd Street
                                                         Lecompton,  KS  66050
```

| EARNINGS | RATE | UNITS/HRS | CURRENT | Y-T-D | OTHER DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|---|
| Reg Pay | 17.84 | 28.10 | 501.30 | 1,632.36 | Life Insurance | | 2.58 |
| Overtime | | | | 160.56 | Life Insur Retro | 2.58- | 2.58- |
| Sick Pay | | | | 142.72 | TOTAL OTHER DED | 2.58- | |
| HolPW NW | | | | 214.08 | | | |
| PersDay | 17.84 | 16.00 | 285.44 | 285.44 | NET PAY: | 643.01 | |
| Totals: | | | 786.74 | 2,435.16 | | | |

YOUR PERSONNEL NUMBER IS: 152876
PERIOD: 01/09/2014 THRU 01/15/2014

| PRE-TAX DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|
| Medical Plan | | 63.24 |
| Vision Plan | | 2.62 |
| Dental Plan | | 12.46 |
| Medical Plan Retro | 63.24- | 63.24- |
| Vision Plan-Retro | 2.62- | 2.62- |
| Dental Plan Retro | 12.46- | 12.46- |
| TOTAL PRE-TAX DEDUCTIONS | 78.32- | |
| FEDERAL Taxable Wages | 865.06 | 2,435.16 |

| TAXES | | CURRENT | Y-T-D |
|---|---|---|---|
| W/H | Federal | 125.76 | 339.06 |
| Soc Sec | Federal | 53.63 | 150.98 |
| Medicare | Federal | 12.54 | 35.31 |
| W/H | Kansas | 32.70 | 90.41 |
| TOTAL TAXES | | 224.63 | 615.76 |

© 2002 AutomaticData Processing (PCSDVG)

---

Ryder Truck Rental, Inc.                    Advice Number:  5287600086
305-500-3058
11690 NW 105 St.                             Advice Date:    01/22/2014
Miami, FL 33178

**Deposited to Financial Institution**   **Account Number**                **Amount**
FIRST STAT                                XXXXXXXXXXXXX                     643.01

THIS IS NOT A CHECK   THIS IS NOT A CHECK

**NON-NEGOTIABLE**



```
CO      FILE #        000000-000000
PCSDHC 000152876
PrsArea: T733 Loc: 0295   CO: 0059

Ryder Truck Rental, Inc.
305-500-3058
11690 NW 105 St.
Miami, FL 33178
```

# Earnings Statement

Page 001 of 001
Advice Date:     01/15/2014
Advice Number:   5287600082
Batch Number:    000009372

Taxable Marital Status: S

Federal: 00  Addt'l Tx
State:   00  Addt'l Tx
Local:

Casey Pollard
PO Box 7
640 E 3rd Street
Lecompton, KS 66050

| EARNINGS | RATE | UNITS/HRS | CURRENT | Y-T-D |
|---|---|---|---|---|
| Reg Pay | 17.84 | 40.00 | 713.60 | 1,131.06 |
| Overtime | 26.76 | 6.00 | 160.56 | 160.56 |
| Sick Pay | | | | 142.72 |
| HolPW NW | | | | 214.08 |
| Totals: | | | 874.16 | 1,648.42 |

| PRE-TAX DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|
| Medical Plan | 31.62 | 63.24 |
| Vision Plan | 1.31 | 2.62 |
| Dental Plan | 6.23 | 12.46 |
| TOTAL PRE-TAX DEDUCTIONS | 39.16 | 78.32 |
| FEDERAL Taxable Wages | 835.00 | 1,570.10 |

| TAXES | | CURRENT | Y-T-D |
|---|---|---|---|
| W/H | Federal | 118.25 | 213.30 |
| Soc Sec | Federal | 51.77 | 97.35 |
| Medicare | Federal | 12.11 | 22.77 |
| W/H | Kansas | 31.25 | 57.71 |
| TOTAL TAXES | | 213.38 | 391.13 |

| OTHER DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|
| Life Insurance | 1.29 | 2.58 |
| TOTAL OTHER DEDUCTIONS | 1.29 | 2.58 |

NET PAY:   620.33

YOUR PERSONNEL NUMBER IS: 152876
PERIOD: 01/02/2014 THRU 01/08/2014

© 2002 AutomaticData Processing (PCSTVO)

---

Ryder Truck Rental, Inc.
305-500-3058
11690 NW 105 St.
Miami, FL 33178

Advice Number:  5287600082
Advice Date:    01/15/2014

Deposited to Financial Institution   Account Number              Amount
FIRST STAT                           XXXXXXXXXXXXXXXX            620.33

THIS IS NOT A CHECK   THIS IS NOT A CHECK

**NON-NEGOTIABLE**