Form oempwage  (Revised 10/20/2005)

## United States Bankruptcy Court – District of Kansas
US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 14−40231                           Chapter: 13

In re: (Name of Debtor)

Casey Ray Pollard
PO Box 7
Lecompton, KS 66050

SSN: xxx−xx−4091

| Entered By The Court 3/19/14 | **ORDER TO EMPLOYER TO PAY TO THE TRUSTEE** | **Filed By The Court** 3/19/14 David D. Zimmerman Clerk of Court US Bankruptcy Court |

The Debtor(s) have submitted a plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the plan;

The Debtor(s)' employer:

Laird Noller Ford
2245 SW Topeka Blvd

Topeka, KS 66611

is hereby ORDERED and DIRECTED, until further order of this Court, to pay the sum of:

$494.00 monthly

BEGINNING ON THE NEXT PAY PERIOD FOLLOWING RECEIPT OF THIS ORDER TO:

**Jan Hamilton
Chapter 13 Trustee
PO Box 2159
Topeka, KS 66601−2159
(785) 234−1551**

IT IS FURTHER ORDERED that said employer notify said Trustee if the employment of said Debtor(s) be terminated, and the reason for such termination. This order supersedes any previous order, if any, made to you in this case.

YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

Document 7
Mailed to Employer on date shown above by Clerk.

s/ Janice Miller Karlin
United States Bankruptcy Judge