## UNITED STATES BANKRUPTCY COURT District of Kansas (Topeka)

### Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 3/18/14.
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. **NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.**

**Creditors−Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
**Casey Ray Pollard**
PO Box 7
Lecompton, KS 66050

| Case Number / Presiding Judge:<br>**14−40231 / Janice Miller Karlin** | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>**xxx−xx−4091 − Casey Ray Pollard** |
|---|---|
| Attorney for Debtor(s) (name and address):<br>J Shannon Garrett<br>840 Connecticut, Ste. D<br>Lawrence, KS 66044<br>Telephone number: 785−856−8720 | Bankruptcy Trustee (name and address):<br>Jan Hamilton<br>507−9 SW Jackson<br>PO Box 3527<br>Topeka, KS 66601−3527<br>Telephone number: (785) 234−1551 |

### Meeting of Creditors
Date: **April 17, 2014**      Time: **11:00 AM**
Location: **515 S. Kansas Ave., 4th Floor Suite 402, Topeka, KS 66603**

**All individual debtors are required to produce photo ID and proof of Social Security Number to the Trustee at this meeting.
Non−lawyers SHOULD NOT bring cellular telephones or other electronic communication devices to the courthouse.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

#### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **7/16/14**      For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **9/15/14**

#### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 6/16/14**

#### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

#### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:
Date: **5/28/14**, Time: **09:00 AM**, Location: **Frank Carlson US Courthouse, 444 SE Quincy Room 210, Topeka, KS 66683**

#### Objection to Plan
A plan is not effective unless approved by the bankruptcy court at a confirmation hearing.
**Objections to the plan shall be filed 10 days before the confirmation hearing.**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>US Courthouse<br>444 SE Quincy<br>Topeka, KS 66683<br>Telephone number: (785) 338−5910 | **For the Court:**<br>Clerk of the Bankruptcy Court<br>David D. Zimmerman |
|---|---|
| Hours Open: 9:00 AM – 4:00 PM Monday – Friday<br>Phone Hours: 9:30 AM – 3:30 PM Monday – Friday | Date: 3/19/14 |

# EXPLANATIONS

B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form (Official Form B 10) can be obtained at the United States Courts web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

```
                           United States Bankruptcy Court
                                 District of Kansas
In re:                                                          Case No. 14-40231-JMK
Casey Ray Pollard                                               Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 1083-5      User: tshawna              Page 1 of 2          Date Rcvd: Mar 19, 2014
                          Form ID: b9i               Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2014.
```
db         +Casey Ray Pollard,   PO Box 7,   Lecompton, KS 66050-0007
tr          Jan Hamilton,   507-9 SW Jackson,   PO Box 3527,   Topeka, KS  66601-3527
7870144    +American Collection Sy,   407 S 21st St,   Laramie WY 82070-4323
7870146    +Bby/Cbna,   50 Northwest Point Road,   Elk Grove Village IL 60007-1032
7870147    +Best Buy,   Credit Services,   PO Box 6204,   Sioux Falls SD 57117-6204
7870149    +Cap1/Suzki,   26525 N Riverwoods Blvd,   Mettawa IL 60045-3438
7870168   ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
            (address filed with court:  Webbank/Dfs,    1 Dell Way,   Round Rock TX 78682)
7870150    +Dept Of Ed/Sallie Mae,   11100 Usa Pkwy,   Fishers IN 46037-9203
7870159    +Laramie Pediatrics,   1252 N 22nd St # B,   Laramie WY 82072-5306
7870160    +Leo and Nancy Pollard,   640 East 3rd,   Lecompton KS 66050-3067
7870161     Paula D. Kraft,   402 N600 Rd,   Overbrook KS 66524
7870162   ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
            (address filed with court:  Snap-On Credit Llc,    Po Box 506,   Gurnee IL 60031)
7870163     St Francis Health Center,   SCLHS Dept Ch 14413,   Palatine IL 60055-4413
7870164     St Francis Physican Clinics,   1915 SW 6th Avenue,   Topeka KS 66606-1601
7870165    +Tract/Cbna,   Po Box 6497,   Sioux Falls SD 57117-6497
7870166    +Tractor Supply Credit Plan,   PO Box 6403,   Sioux Falls SD 57117-6403
7870167    +Truity Federal Cu,   501 S Johnstone Ave,   Bartlesville OK 74003-6622
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: sgarrett@garrettandcoons.com Mar 20 2014 01:16:07     J Shannon Garrett,
             840 Connecticut, Ste. D,   Lawrence, KS  66044
ust        +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov Mar 20 2014 01:16:38     U.S. Trustee,
             Office of the United States Trustee,   301 North Main Suite 1150,   Wichita, KS 67202-4811
7870145     EDI: ATTWIREBK.COM Mar 20 2014 01:08:00      AT&T,   Consumer Billing/Bankruptcy,   PO Box 5001,
             Carol Stream IL 60197-5001
7870143    +EDI: GMACFS.COM Mar 20 2014 01:08:00      Ally Financial,   200 Renaissance Ctr,
             Detroit MI 48243-1300
7870148    +EDI: CAPITALONE.COM Mar 20 2014 01:08:00      Cap1/Kawas,   26525 N Riverwoods Blvd,
             Mettawa IL 60045-3438
7870154    +EDI: AMINFOFP.COM Mar 20 2014 01:08:00      First Premier Bank,   601 S Minnesota Ave,
             Sioux Falls SD 57104-4868
7870155    +EDI: RMSC.COM Mar 20 2014 01:08:00      GE Capital Retail Bank,   Attn: Bankruptcy,
             PO Box 103104,   Roswell GA 30076-9104
7870156    +EDI: RMSC.COM Mar 20 2014 01:08:00      Gecrb/Walmart,   Po Box 965024,   Orlando FL 32896-5024
7870157     EDI: IRS.COM Mar 20 2014 01:08:00      Internal Revenue Service,   PO Box 7346,
             Philadelphia PA 19101-7346
7870158     E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US Mar 20 2014 01:17:19     Kansas Department of Revenue,
             Civil Tax Enforcement,   PO Box 12005,   915 SW Harrison,   Topeka KS 66612-2005
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7870151*   +Dept Of Ed/Sallie Mae,   11100 Usa Pkwy,   Fishers IN 46037-9203
7870152*   +Dept Of Ed/Sallie Mae,   11100 Usa Pkwy,   Fishers IN 46037-9203
7870153*   +Dept Of Ed/Sallie Mae,   11100 Usa Pkwy,   Fishers IN 46037-9203
                                                                                TOTALS: 0, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2014 at the address(es) listed below:
              J Shannon Garrett    on behalf of Debtor Casey Ray Pollard sgarrett@garrettandcoons.com, mhumphrey@garrettandcoons.com;nwurtz@garrettandcoons.com;emckinley@garrettandcoons.com
              Jan   Hamilton    bdms@topeka13trustee.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                             TOTAL: 3