Form oempwage  (Revised 10/20/2005)

**United States Bankruptcy Court – District of Kansas**
US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 14–40231                    Chapter: 13

In re: (Name of Debtor)

Casey Ray Pollard
PO Box 7
Lecompton, KS 66050

SSN: xxx–xx–4091

| Entered By The Court 3/19/14 | ORDER TO EMPLOYER TO PAY TO THE TRUSTEE | Filed By The Court 3/19/14 David D. Zimmerman Clerk of Court US Bankruptcy Court |
|---|---|---|

The Debtor(s) have submitted a plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the plan;

The Debtor(s)' employer:

Laird Noller Ford
2245 SW Topeka Blvd

Topeka, KS 66611

is hereby ORDERED and DIRECTED, until further order of this Court, to pay the sum of:

$494.00 monthly

BEGINNING ON THE NEXT PAY PERIOD FOLLOWING RECEIPT OF THIS ORDER TO:

**Jan Hamilton
Chapter 13 Trustee
PO Box 2159
Topeka, KS 66601–2159
(785) 234–1551**

IT IS FURTHER ORDERED that said employer notify said Trustee if the employment of said Debtor(s) be terminated, and the reason for such termination. This order supersedes any previous order, if any, made to you in this case.

YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

Document 7
Mailed to Employer on date shown above by Clerk.

s/ Janice Miller Karlin
United States Bankruptcy Judge

```
                          United States Bankruptcy Court
                                District of Kansas
In re:                                                        Case No. 14-40231-JMK
Casey Ray Pollard                                             Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1083-5          User: tshawna             Page 1 of 1          Date Rcvd: Mar 19, 2014
                              Form ID: empopay          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2014.
```
db         +Casey Ray Pollard,    PO Box 7,    Lecompton, KS 66050-0007
           +Laird Noller Ford,    2245 SW Topeka Blvd,    Topeka, KS 66611-1284
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2014 at the address(es) listed below:
```
              J Shannon Garrett    on behalf of Debtor Casey Ray Pollard sgarrett@garrettandcoons.com,
               mhumphrey@garrettandcoons.com;nwurtz@garrettandcoons.com;emckinley@garrettandcoons.com
              Jan Hamilton    bdms@topeka13trustee.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                             TOTAL: 3
```