IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

| In re: | ) |
| --- | --- |
| | ) |
| **CASEY R. POLLARD** | ) No. 14-40231 |
| | ) Chapter 13 |
| **Debtor.** | ) |

### OBJECTION OF CREDITOR SNAP-ON CREDIT, LLC TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN PURSUANT TO 11 U.S.C. § 1325(a)(5)

COMES NOW Creditor Snap-on Credit, LLC ("Creditor"), by and through counsel, Susan P. DeCoursey of Cohen McNeile & Pappas, P.C. and submits its objection to the confirmation of the Debtor's Chapter 13 Plan pursuant to 11 U.S.C. § 1325(a)(5).

1. This Court has jurisdiction of this matter pursuant to 11 U.S.C. §1324. This Objection is a "core" proceeding and is filed pursuant to Bankruptcy Rules 3015 and 9014.

2. Debtor Casey R. Pollard ("Debtor") filed his Chapter 13 Bankruptcy Petition and Chapter 13 Plan on March 18, 2014.

3. Creditor filed its Proof of Claim (#2) in the amount of $6,970.62 on April 3, 2014 which is a secured claim for tools purchased by Debtor.

4. Debtor's Chapter 13 Plan values the Creditor's claim at $4,500.00 which appears to be only the value of the tool box purchased. However, Debtor has ignored the remaining tools that were purchased and also secured by the Add-On Rider Contract executed on July 25, 2012, which included prior contract amounts still outstanding for additional tools.

5. The value of the additional tools <u>not including the tool box</u> which are also secured by the July 25, 2012 Add-On Rider Contract exceed $2,500.00, assuming in excess of a 50% depreciation rate on the value of the tools. Those additional tools are listed below with contract prices:

1

| | | |
|---|---|---|
| a. | Riser for Roll Cab | $ 3,495.00 |
| b. | Stainless Steel top for Tool Box | $ 750.15 |
| c. | Kit, drawer front, brushed, Master Series Roll Cabs | $ 127.35 |
| d. | Power Probe with case and accessories | $ 166.58 |
| e. | Cut off tool, Air, Reversible 3" | $ 79.71 |
| f. | Reciprocating Saw | $ 93.45 |
| g. | Wrench set | $ 8.70 |
| h. | Wrench Set, TORX, 8 pcs | $ 49.11 |
| i. | Wrench Set | $ 11.25 |
| j. | Cordless Wrench | $ 372.00 |
| k. | Flashlight | $ 16.56 |
| l. | Speeder | $ 20.93 |
| m. | Chrome Catcher | $ 2,499.00 |
| n. | Breaker Bar, 45" Offset Square drive | $ 54.91 |
| o. | Ratchet | $ 75.69 |
| p. | Blow Gun | $ 20.42 |
| | | TTL $7,840.81 |

6. Based on the above, Creditor is entitled to the full amount of its Proof of Claim. Moreover, Creditor filed a UCC #71210996 against Debtor, attached hereto as **Exhibit A**, entitling Creditor to its secured claim in full.

7. Creditor objects to the confirmation of Debtor's Chapter 13 Plan unless the value paid to Creditor is raised to the full amount of its Proof of Claim as the collateral is worth more than the Creditor's Proof of Claim and must be allowed.

8. Based upon the foregoing, Creditor objects to the confirmation of Debtor's Chapter 13 Plan and prays this Court deny the confirmation of Debtor's Chapter 13 Plan and that Debtor be ordered to propose a Plan that provides for payment in full of Creditor's Proof of Claim #2.

WHEREFORE, Creditor Snap-on, LLC prays that this court enter an Order sustaining its Objection to the Confirmation of the Debtor's Chapter 13 Plan due to the Debtor's failure to include the value of all the tools secured by Creditor and for such other and further relief as this Court deems just and equitable.

Respectfully Submitted:

COHEN MCNEILE & PAPPAS, P.C.

/s/ Susan P. DeCoursey
Susan P. DeCoursey, #16272
4601 College Boulevard, Suite 200
Leawood, KS 66211
913-491-4050 FAX: 913-491-3059

ATTORNEYS FOR CREDITOR
SNAP-ON, LLC

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was sent on May 15, 2014, to all parties receiving electronic notification.

/s/ Susan P. DeCoursey
Susan P. DeCoursey, #16272

3

Case 14-40231    Doc# 16    Filed 05/15/14    Page 3 of 5

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone: 800-331-3282 Fax: 818-662-4141

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CT Lien Solutions
P.O. Box 29071
Glendale CA, 91209-9071

34166415
KSKS

12834 -
File with: Secretary of State, KS

CT Lien Solutions
Representation of filing

This filing is Completed
File Number : 71210996
File Date : 27-JUL-2012

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| POLLARD | | CASEY | R | | |
| 1c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 540 E 3RD BOX 7 | | LECOMPTON | KS | 66050 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SNAP ON CREDIT LLC | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 950 TECHNOLOGY WAY, SUITE 301 | LIBERTYVILLE | IL | 60048 | USA |

4. This FINANCING STATEMENT covers the following collateral:
Purchase Money Security Interest in automotive tools and equipment, more specifically, listed on Credit Sales Contract or Equipment Lease No. listed below. In addition to the purchase money security interest granted in the collateral listed on the referenced, the collateral shall include all items of tools and equipment of Debtor, whether now owned or hereafter acquired, which were acquired from a Snap-on Dealer, and any and all goods and equipment manufactured or distributed by Snap-on Incorporated or any of its affiliates, or bearing the Snap-on or Sun Electric trademarks or logos, together with all proceeds (including insurance proceeds or claims), accessions, attachments, additions, substitutions and replacements to and of such items (the foregoing and the collateral listed on the referenced Credit Sales Contract or Equipment Lease are collectively referred to as "Collateral"). Credit Sales Contract
Purchase Money Security Interest in automotive tools and equipment, more specifically, listed on Credit Sales Contract or Equipment Lease No. listed below. In addition to the purchase

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING
6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]    7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]    ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
34166415        DSSPH

Prepared by CT Lien Solutions (3.23.0)

FILING OFFICE COPY - UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Case 14-40231    Doc# 16    Filed 05/15/14    Page 4 of 5


EXHIBIT A

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME: POLLARD | FIRST NAME: CASEY | MIDDLE NAME, SUFFIX: R |

**10. MISCELLANEOUS**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

File with: Secretary of State, K

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 11c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | ☐ NONE |

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16. Additional Collateral description:**
money security interest granted in the collateral listed on the referenced, the collateral shall include all items of tools and equipment of Debtor, whether now owned or hereafter acquired, which were acquired from a Snap-on Dealer, and any and all goods and equipment manufactured or distributed by Snap-on Incorporated or any of its affiliates, or bearing the Snap-on or Sun Electric trademarks or logos, together with all proceeds (including insurance proceeds or claims), accessions, attachments, additions, substitutions and replacements to and of such items (the foregoing and the collateral listed on the referenced Credit Sales Contract or Equipment Lease are collectively referred to as "Collateral"). Credit Sales Contract

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decendent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction
☐ Filed in connection with a Public-Finance Transaction

Prepared by CT Lien Solutions [3.23.0]

FILING OFFICE COPY - UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/21/09)