**SO ORDERED.**

**SIGNED this 24th day of June, 2014.**



_____
Janice Miller Karlin
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:   Casey Ray Pollard                               Case No.: 14-40231-13-JMK

<u>AGREED ORDER RESOLVING SNAP-ON CREDIT, LLC'S OBJECTION TO CONFIRMATION</u>

On this _____ day of _____, counsel for Debtor, J. Shannon Garrett, and counsel for Creditor, Snap-On Credit, LLC, Susan P. DeCoursey, jointly submit this agreed order setting the value of the collateral securing Snap-On Credit, LLC's claim (#2). Upon review of the Motion and File, and upon being otherwise duly advised, this Court finds:

1. Snap-On Credit, LLC's claim shall be allowed as filed, with a claim balance of $6,981.16, and collateral value of $6,970.62.
2. The Plan shall address Snap-On Credit, LLC's claim under paragraph 10(d), as a general secured claim.

IT IS SO ORDERED.

Submitted by:
s/ J. Shannon Garrett
J. Shannon Garrett, #18875
The Law Offices of Garrett & Coons
840 Connecticut, Ste. D
Lawrence, KS 66044
785-856-8720
866-212-9554 Fax
sgarrett@garrettandcoons.com
Attorney for Debtor

Approved:
s/ Susan P. Decoursey
Susan P. DeCoursey #16272
4601 College Blvd, Suite 200
Leawood KS 66211
(913) 491 4050
(913) 491 3059 FAX
SDeCoursey@cmplaw.net
Attorney for Creditor