**SO ORDERED.**

**SIGNED this 24th day of June, 2014.**



_____
Janice Miller Karlin
United States Bankruptcy Judge

IN THE UNITED STATES BANK
FOR THE DISTRICT OF KANSAS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:   Casey Ray Pollard                                    Case No.: 14-40231-13-JMK

### AGREED ORDER RESOLVING SNAP-ON CREDIT, LLC'S OBJECTION TO CONFIRMATION

On this _____ day of _____, counsel for Debtor, J. Shannon Garrett, and counsel for Creditor, Snap-On Credit, LLC, Susan P. DeCoursey, jointly submit this agreed order setting the value of the collateral securing Snap-On Credit, LLC's claim (#2).  Upon review of the Motion and File, and upon being otherwise duly advised, this Court finds:

1. Snap-On Credit, LLC's claim shall be allowed as filed, with a claim balance of $6,981.16, and collateral value of $6,970.62.
2. The Plan shall address Snap-On Credit, LLC's claim under paragraph 10(d), as a general secured claim.

IT IS SO ORDERED.

Submitted by:
s/ J. Shannon Garrett
J. Shannon Garrett, #18875
The Law Offices of Garrett & Coons
840 Connecticut, Ste. D
Lawrence, KS 66044
785-856-8720
866-212-9554 Fax
sgarrett@garrettandcoons.com
Attorney for Debtor

Approved:
s/ Susan P. Decoursey
Susan P. DeCoursey #16272
4601 College Blvd, Suite 200
Leawood KS 66211
(913) 491 4050
(913) 491 3059 FAX
SDeCoursey@cmplaw.net
Attorney for Creditor

```
                              United States Bankruptcy Court
                                    District of Kansas
In re:                                                            Case No. 14-40231-JMK
Casey Ray Pollard                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1083-5          User: tshawna              Page 1 of 1              Date Rcvd: Jun 24, 2014
                              Form ID: pdf020            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2014.
db          +Casey Ray Pollard,    PO Box 7,    Lecompton, KS 66050-0007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2014                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2014 at the address(es) listed below:
              J Shannon Garrett    on behalf of Debtor Casey Ray Pollard sgarrett@garrettandcoons.com,
               mhumphrey@garrettandcoons.com;nwurtz@garrettandcoons.com;emckinley@garrettandcoons.com
              Jan  Hamilton     bdms@topeka13trustee.com
              Susan P DeCoursey    on behalf of Creditor    Snap-on Credit, LLC sdecoursey@cmplaw.net,
               gpappas@cmplaw.net;jdavis@cmplaw.net
              U.S. Trustee   ustpregion20.wi.ecf@usdoj.gov
                                                                                             TOTAL: 4