U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
6/25/2014
Hon. Janice Miller Karlin, Presiding

01:30 PM

Case Information:
    14-40231 Casey Ray Pollard   Chapter: 13

Judge: JMK   Filed: 03/18/2014    Pln Confirmed:

Appearances:
    ✓ J Shannon Garrett  representing  Casey Ray Pollard  (Debtor)
    ✓ Jan Hamilton (Trustee)

Issue(s):
    [2] Chapter 13 Plan  Filed by Debtor Casey Ray Pollard.

Notes/Decision:

**Plan Confirmed; at the higher payment amount of $510.00.**

Courtroom Deputy: Olivette Watson
ECRO Reporter: Kimberly Gordon