**SO ORDERED.**

**SIGNED this 17th day of July, 2014.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF | CASE : 14-40231-13 |
| CASEY RAY POLLARD | FILED: 03/18/2014 |

### ORDER TO EMPLOYER TO PAY THE TRUSTEE

LAIRD NOLLER FORD
2245 SW TOPEKA BLVD

TOPEKA KS 66611

**WHEREAS,** the above Court in the above-entitled proceeding has found the debtor has submitted a plan to pay debts out of his future earnings, and by the plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consumating the plan; and made the following order:

**IT IS ORDERED THAT** the employer of said debtor is hereby ordered and directed, until further order of the Court, to deduct from the earnings of said debtor the sum of: $ 510.00 PER MONTH
beginning on the next payday following the receipt of this order by said employer and to pay for said debtor to:
   **Jan Hamilton, Trustee, PO Box 2159, Topeka, Kansas 66601-2159.**

**IT IS FURTHER ORDERED** that said employer notify said trustee in writing if the employment of said debtor be terminated, along with the reason for such termination.

**IT IS FURTHER ORDERED** that all earnings and wages of the debtor, except the amounts required to be withheld by any Federal and state tax law, insurance law or policy provision; pension or union dues agreements between employer and the debtor; orders for current child support; or by the order of the United States Bankruptcy Court for the District of Kansas, be paid to the above debtor in accordance with the employer's usual payroll procedure and no deduction other than directed by this Order be made by said employer.

This order supercedes any previous order, if any, made to you in this case.

### YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT
### ###

Prepared by:  FG14/DB /163593
 s/ - JAN HAMILTON, TRUSTEE
 PO Box 2159, Topeka, KS 66601-2159
 (785) 234-1551