**SO ORDERED.**

**SIGNED this 17th day of July, 2014.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF | CASE : 14-40231-13 |
| CASEY RAY POLLARD | FILED: 03/18/2014 |

### ORDER TO EMPLOYER TO PAY THE TRUSTEE

    LAIRD NOLLER FORD
    2245 SW TOPEKA BLVD

    TOPEKA KS 66611

**WHEREAS,** the above Court in the above-entitled proceeding has found the debtor has submitted a plan to pay debts out of his future earnings, and by the plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consumating the plan; and made the following order:

**IT IS ORDERED THAT** the employer of said debtor is hereby ordered and directed, until further order of the Court, to deduct from the earnings of said debtor the sum of: $ 510.00 PER MONTH
beginning on the next payday following the receipt of this order by said employer and to pay for said debtor to:
    **Jan Hamilton, Trustee, PO Box 2159, Topeka, Kansas 66601-2159.**

**IT IS FURTHER ORDERED** that said employer notify said trustee in writing if the employment of said debtor be terminated, along with the reason for such termination.

**IT IS FURTHER ORDERED** that all earnings and wages of the debtor, except the amounts required to be withheld by any Federal and state tax law, insurance law or policy provision; pension or union dues agreements between employer and the debtor; orders for current child support; or by the order of the United States Bankruptcy Court for the District of Kansas, be paid to the above debtor in accordance with the employer's usual payroll procedure and no deduction other than directed by this Order be made by said employer.

This order supercedes any previous order, if any, made to you in this case.

        **YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT**
                              ###

Prepared by:                                                                              FG14/DB /163593
 _s/ - JAN HAMILTON, TRUSTEE_
  PO Box 2159, Topeka, KS 66601-2159
  (785) 234-1551

```
                          United States Bankruptcy Court
                                District of Kansas
In re:                                                         Case No. 14-40231-JMK
Casey Ray Pollard                                              Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

District/off: 1083-5         User: joyce              Page 1 of 1              Date Rcvd: Jul 17, 2014
                             Form ID: pdf021          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2014.
db        +Casey Ray Pollard,    PO Box 7,   Lecompton, KS 66050-0007
          +Laird Noller Ford,    2245 SW Topeka Blvd,    Topeka, KS 66611-1284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2014 at the address(es) listed below:
              J Shannon Garrett    on behalf of Debtor Casey Ray Pollard sgarrett@garrettlawllc.com,
               emckinley@garrettlawllc.com;GarrettLawLLCmyECF@gmail.com
              Jan  Hamilton    bdms@topeka13trustee.com
              Susan P DeCoursey    on behalf of Creditor    Snap-on Credit, LLC sdecoursey@cmplaw.net,
               gpappas@cmplaw.net;jdavis@cmplaw.net
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                             TOTAL: 4