IN THE MATTER OF:

  CASEY RAY POLLARD

  PO BOX 7

  LECOMPTON KS 66050

CHAPTER 13
CASE NO.: 14-40231

FOR: CERASTES LLC
    % WEINSTEIN PINSON & RILEY PS
    PO BOX 3978
    SEATTLE  WA 98124-3978

OBJECTION TO CLAIM
NO.:   7

## OBJECTION TO CLAIM

    COMES NOW, Jan Hamilton, Trustee, and objects to the allowance of the above claim as filed and recommends to the Court it be treated as follows:

Allowed as a SECURED BY VEHICLE claim in the amount shown at right for the following reason:  $    .00 Principal  $    .00 Interest

  PER THE CONFIRMED PLAN, COLLATERAL IS TO BE SURRENDERED
  TO CREDITOR

WHEREFORE, the Trustee prays the foregoing claim be allowed as set forth above.

DATED: August 25, 2014

    s/ - JAN HAMILTON, TRUSTEE
    PO Box 3527, Topeka, KS 66601
    jan .hamilton@topeka13trustee.com

### NOTICE WITH OPPORTUNITY FOR HEARING

The above-named creditor, debtor(s), and debtors' attorney are hereby notified of this Objection and given 30 days from August 25, 2014 to file written objection thereto.  If no objection is filed, an ex parte order will be entered.  If an objection is filed by  September 24, 2014, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 444 SE Quincy, Room 210, Topeka, Kansas 66683, on Mon November 3, 2014 at  9:00 AM.

### CERTIFICATE OF SERVICE

I certify that I electronically filed the above and foregoing Objection wit the Court via the CM/ECF system, which notices all interested parties using the CM/ECF system. I have also mailed this pleading first class, to the creditor named above, the debtor and the following parties on this date: August 25, 2014.

    s/ - JAN HAMILTON, TRUSTEE

CERASTES LLC|% WEINSTEIN PINSON & RILEY PS|2001 WESTERN AVE STE 400|SEATTLE  WA|98121

FG19/ML