**SO ORDERED.**

**SIGNED this 6th day of October, 2014.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

```
IN THE MATTER OF:
                                                CHAPTER 13
 CASEY RAY POLLARD                 )            CASE NO.: 14-40231
                                   )
 PO BOX 7

 LECOMPTON KS 66050

FOR: CERASTES LLC                               OBJECTION TO CLAIM
     % WEINSTEIN PINSON & RILEY PS              NO.:   7
     PO BOX 3978
     SEATTLE  WA 98124-3978
```

### ORDER ALLOWING CLAIM

Now the Trustee's Objection to Claim comes before the Court.  After
reviewing the file and hearing the recommendations of the Trustee, and
there having been no response to the Notice with Opportunity, the Court
finds the claim of  CERASTES LLC should be and hereby is
allowed as follows:


```
Allowed as a SECURED BY VEHICLE claim in the         $          .00 Principal
amount shown at right for the following reason:      $          .00 Interest
    PER THE CONFIRMED PLAN, COLLATERAL IS TO BE SURRENDERED
    TO CREDITOR
```

                                  ###
Prepared and Approved by:

 s/ - JAN HAMILTON, TRUSTEE 

FG19/2/ML