**SO ORDERED.**

**SIGNED this 6th day of October, 2014.**



_____
Janice Miller Karlin
United States Bankruptcy Judge


## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

```
IN THE MATTER OF:
                                                CHAPTER 13
 CASEY RAY POLLARD                      )       CASE NO.: 14-40231
                                        )
 PO BOX 7

 LECOMPTON KS 66050

FOR: CERASTES LLC                               OBJECTION TO CLAIM
     % WEINSTEIN PINSON & RILEY PS              NO.:   7
     PO BOX 3978
     SEATTLE  WA 98124-3978
```

### ORDER ALLOWING CLAIM

Now the Trustee's Objection to Claim comes before the Court. After reviewing the file and hearing the recommendations of the Trustee, and there having been no response to the Notice with Opportunity, the Court finds the claim of CERASTES LLC should be and hereby is allowed as follows:

```
Allowed as a SECURED BY VEHICLE claim in the        $        .00 Principal
amount shown at right for the following reason:     $        .00 Interest
   PER THE CONFIRMED PLAN, COLLATERAL IS TO BE SURRENDERED
   TO CREDITOR
```

                                                ###
Prepared and Approved by:

 s/ - JAN HAMILTON, TRUSTEE

FG19/2/ML

```
                          United States Bankruptcy Court
                                 District of Kansas
In re:                                                        Case No. 14-40231-JMK
Casey Ray Pollard                                             Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 1083-5          User: tshawna              Page 1 of 1              Date Rcvd: Oct 06, 2014
                              Form ID: pdf020            Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2014.
db            +Casey Ray Pollard,    PO Box 7,    Lecompton, KS 66050-0007
               Cerastes, LLC,    C/O Weinstein, Pinson & Riley, P.S.,    PO Box 3978,    Seattle, WA  98124-3978
7969187       +CERASTES, LLC,    c/o Weinstein, Pinson, & Riley, P.S.,    2001 Western Ave., Ste. 400,
                Seattle, WA 98121-3132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2014 at the address(es) listed below:
              J Shannon Garrett    on behalf of Debtor Casey Ray Pollard sgarrett@garrettlawllc.com,
               emckinley@garrettlawllc.com;GarrettLawLLCmyECF@gmail.com
              Jan Hamilton    bdms@topeka13trustee.com
              Susan P DeCoursey    on behalf of Creditor    Snap-on Credit, LLC sdecoursey@cmplaw.net,
               gpappas@cmplaw.net;jdavis@cmplaw.net
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                             TOTAL: 4