IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In re:  )
  )
CASEY R. POLLARD  ) No. 14-40231
  ) Chapter 13
Debtor.  )

## WITHDRAWAL OF COUNSEL AND
## ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL

COMES NOW Susan P. DeCoursey of Cohen McNeile & Pappas, P.C., and hereby notifies the Court and all parties of her withdrawal in connection with the above-captioned action and requests that her name be removed from the notices of electronic filing.

COMES NOW Gregory J. Pappas and Austin B. Hayden of Cohen McNeile & Pappas, P.C. and enters their appearance as counsel for Creditor Snap-On, LLC.

COHEN McNEILE & PAPPAS, P.C.

/s/ Susan P. DeCoursey
Susan P. DeCoursey    KS#16272
4601 College Blvd., Ste. 200
Leawood, KS 66211-1650
(913) 491-4050; facsimile (913) 491-3059
sdecoursey@cmplaw.net

COHEN McNEILE & PAPPAS, P.C.

/s/ Andrew M. Duncan
Andrew M. Duncan    KS #26283
James M. McNeile    KS #13044
4601 College Blvd., Ste. 200
Leawood, KS 66211-1650
(913) 491-4050; facsimile (913) 491-3059
aduncan@cmplaw.net
jmcneile@cmplaw.net

ATTORNEYS FOR CREDITOR
SNAP-ON, LLC

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing was sent electronically by e-mail on October 31, 2014, to all parties receiving electronic notification.

/s/ Andrew M. Duncan
Andrew M. Duncan, KS #26283