IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

    CASEY RAY POLLARD                     CASE NUMBER: 14-40231-13

    PO BOX 7

    LECOMPTON KS 66050

### NOTICE OF ALLOWED CLAIMS AND CLASSIFICATION

NOTICE is given that the claims listed have been filed and allowed pursuant to 11 U.S.C.s502 (a). The claim amount and classification listed are pursuant to the confirmed Plan and Orders of the Court as determined by the Trustee.

Disbursements of plan funds to creditors listed and classified has or will commence pursuant to the confirmed Plan and Orders of the Court. Unless an **objection to claims** together with a Notice of Hearing is filed with the Clerk of the Bankruptcy Court on or before December 10, 2014, the claims will be paid as allowed and classified on the following list without further notice.

                                                      s/ - JAN HAMILTON, TRUSTEE
                                                     PO Box 3527, Topeka, KS 66601

### CERTIFICATE OF SERVICE

I certify that I electronically filed the above and foregoing Notice with the Court using the CM/ECF system, which sends notification to all interested parties using the CM/ECF system. I have also mailed this pleading first class to the debtor and the following parties on this date: Mon November 10, 2014.

                                                        s/ - JAN HAMILTON, TRUSTEE

FG21/ML

    CASEY RAY POLLARD

    PO BOX 7

    LECOMPTON KS 66050

```
CASE#:14-40231                  LISTING OF ALLOWED CLAIMS
----------------------------------------------------------------------
 Trustee's                                                    Interest
  Claim #   Creditor Name and Address      Claim Amount         Rate
----------------------------------------------------------------------
   0001    ALLY FINANCIAL                $   15,346.27         4.75%
           PAYMENT PROCESSING CENTER
  Court    PO BOX 78367
 Claim #   PHOENIX   AZ 85062-8367
     1       Classified as: SECURED BY VEHICLE        09 MAZDA 6
----------------------------------------------------------------------
   0002    SNAP-ON CREDIT LLC            $    6,981.16         4.75%
           ATTN  LEGAL SERVICES
  Court    950 TECHNOLOGY WAY STE 301
 Claim #   LIBERTYVILLE   IL 60048
     2       Classified as: SECURED                   A.O. 6/24/14
----------------------------------------------------------------------
   0003    QUANTUM3 GROUP  LLC           $      249.60          .00%
           MOMA FUNDING  LLC
  Court    PO BOX 788
 Claim #   KIRKLAND   WA 98083-0788
     3       Classified as: UNSECURED                 WALMART
----------------------------------------------------------------------
   0004    ALTAIR OH XIII LLC            $    1,250.01          .00%
           % WEINSTEIN PINSON & RILEY PS
  Court    PO BOX 3978
 Claim #   SEATTLE   WA 98124-3978
     4       Classified as: UNSECURED                 CITIBANK/OPHRYS
----------------------------------------------------------------------
   0005    DELL FINANCIAL SERVICES   LP  $    3,787.81          .00%
           % RESURGENT CAPITAL SERVICES
  Court    PO BOX 10390
 Claim #   GREENVILLE   SC 29603-0390
     5       Classified as: UNSECURED
----------------------------------------------------------------------
   0006    PREMIER BANKCARD              $      343.55          .00%
           PO BOX 2208
  Court
 Claim #   VACAVILLE  CA 95696
     6       Classified as: UNSECURED
----------------------------------------------------------------------
   0007    CERASTES LLC                  $         .00          .00%
           % WEINSTEIN PINSON & RILEY PS
  Court    PO BOX 3978
 Claim #   SEATTLE   WA 98124-3978
     7       Classified as: SECURED BY VEHICLE        SURRENDER PER PLAN
----------------------------------------------------------------------
   0008    NAVIENT SOLUTIONS INC         $    7,165.31          .00%
           DEPT OF EDUCATION SERVICING
  Court    PO BOX 740351
 Claim #   ATLANTA   GA 30374-0351
     8       Classified as: UNSECURED
----------------------------------------------------------------------
```

```
CASE#:14-40231                 LISTING OF ALLOWED CLAIMS
-------------------------------------------------------------------
Trustee's                                                  Interest
 Claim #   Creditor Name and Address      Claim Amount      Rate
-------------------------------------------------------------------
  0997     GARRETT & COONS CHTD         $     2,845.00        .00%
           515 S KANSAS AVE., STE 403
 Court
 Claim #   TOPEKA  KS 66603
             Classified as: ORIGINAL ATTORNEY
-------------------------------------------------------------------
  0998     GARRETT & COONS CHTD         $       300.00        .00%
           515 S KANSAS AVE., STE 403
 Court
 Claim #   TOPEKA  KS 66603
             Classified as: ADMINISTRATIVE/FEES    Closing costs
-------------------------------------------------------------------
                            Total:      $    38,268.71
                                        =============


FG21/2/ML
```