**SO ORDERED.**

**SIGNED this 9th day of March, 2015.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

```
            IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF KANSAS

IN THE MATTER OF                       CHAPTER 13
 CASEY RAY POLLARD                     CASE NO.: 14-40231-13

           ORDER RELEASING EMPLOYER FROM FURTHER
                 PAYMENTS TO THE TRUSTEE

To: LAIRD NOLLER FORD
    2245 SW TOPEKA BLVD

    TOPEKA KS 66611
```

   WHEREAS, it is made to appear to the Court that it is no longer necessary to require the employer of the debtor to make further payments to the Trustee, Jan Hamilton.

   IT IS THEREFORE ORDERED that the above-named employer is released and discharged from making any further payments to the Trustee in this case.

   This order supercedes any previous order, if any, made to you in this case.

           **YOU ARE HEREBY DIRECTED TO CARRY THIS ORDER INTO EFFECT.**

Dated: March 5, 2015
                                    ###
Prepared by:
 s/ - JAN HAMILTON, TRUSTEE
 PO Box 3527, Topeka, KS 66601-3527                    FG29/DB /163593
 jan.hamilton@topeka13trustee.com