**SO ORDERED.**

**SIGNED this 9th day of March, 2015.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF | CASE : 14-40231-13 |
| CASEY RAY POLLARD | FILED: 03/18/2014 |

### ORDER TO EMPLOYER TO PAY THE TRUSTEE

   IMI
   ATTN PAYROLL
   PO BOX 754
   PERRY KS 66073

**WHEREAS,** the above Court in the above-entitled proceeding has found the debtor has submitted a plan to pay debts out of his future earnings, and by the plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consumating the plan; and made the following order:

**IT IS ORDERED THAT** the employer of said debtor is hereby ordered and directed, until further order of the Court, to deduct from the earnings of said debtor the sum of: $ 510.00 PER MONTH
beginning on the next payday following the receipt of this order by said employer and to pay for said debtor to:
   **Jan Hamilton, Trustee, PO Box 2159, Topeka, Kansas 66601-2159.**

**IT IS FURTHER ORDERED** that said employer notify said trustee in writing if the employment of said debtor be terminated, along with the reason for such termination.

**IT IS FURTHER ORDERED** that all earnings and wages of the debtor, except the amounts required to be withheld by any Federal and state tax law, insurance law or policy provision; pension or union dues agreements between employer and the debtor; orders for current child support; or by the order of the United States Bankruptcy Court for the District of Kansas, be paid to the above debtor in accordance with the employer's usual payroll procedure and no deduction other than directed by this Order be made by said employer.

This order supercedes any previous order, if any, made to you in this case.

### YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT
               ###

Prepared by:                                                                             FG14/DB /189990
 s/ - JAN HAMILTON, TRUSTEE
  PO Box 2159, Topeka, KS 66601-2159
  jan.hamilton@topeka13trustee.com
  (785) 234-1551

United States Bankruptcy Court
District of Kansas

In re:  
Casey Ray Pollard  
    Debtor

Case No. 14-40231-JMK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1083-5     User: tshawna     Page 1 of 1     Date Rcvd: Mar 09, 2015  
Form ID: pdf021     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2015.  
db     +Casey Ray Pollard, PO Box 7, Lecompton, KS 66050-0007  
       +IMI, Attn: Payroll, PO Box 754, Perry, KS 66073-0754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2015                 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2015 at the address(es) listed below:  
     Andrew M. Duncan    on behalf of Creditor    Snap-on Credit, LLC aduncan@cmplaw.net  
     J Shannon Garrett    on behalf of Debtor Casey Ray Pollard sgarrett@garrettlawllc.com, emckinley@garrettlawllc.com;GarrettLawLLCmyECF@gmail.com  
     Jan Hamilton    bdms@topeka13trustee.com  
     U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov

                       TOTAL: 4