**Jan Hamilton, Trustee**
**507-509 S Jackson Street**
**Topeka, Kansas 66603**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the Period from August 1, 2014 thru May 1, 2015
**Chapter 13 Case #: 14-40231**

| Re: | CASEY RAY POLLARD | Attorney: | GARRETT LAW LLC |
|---|---|---|---|
| | PO BOX 7 | | 515 S KANSAS AVE STE 403 |
| | LECOMPTON KS 66050 | | TOPEKA KS 66603 |

## RECEIPTS

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| Aug 12 | 255.00 | Aug 26 | 255.00 | Sep 10 | 255.00 | Sep 23 | 255.00 |
| Oct 07 | 255.00 | Oct 21 | 255.00 | Nov 18 | 255.00 | Dec 02 | 265.00 |
| Dec 16 | 245.00 | Dec 30 | 255.00 | Jan 13 | 255.00 | Jan 27 | 255.00 |
| Feb 10 | 255.00 | Feb 25 | 255.00 | Mar 10 | 255.00 | Apr 07 | 382.50 |

## CLAIMS AND DISTRIBUTIONS THIS PERIOD

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be paid | Principal Paid | Interest Paid | * Unpaid Balance |
|---|---|---|---|---|---|---|---|
| TTE | Trustee Compensation | Admin | .00 | 100.00% | 486.62 | | .00 |
| ATTY | Attorney | Admin | .00 | 100.00% | .00 | | .00 |
| 0001 | ALLY FINANCIAL | SECURED BY | 15,346.27 with interest @ 4.75% | 100.00% | 1,772.94 | 814.40 | 13,573.33 |
| 0002 | SNAP-ON CREDIT LLC | SECURED | 6,981.16 with interest @ 4.75% | 100.00% | 806.52 | 370.46 | 6,174.64 |
| 0003 | QUANTUM3 GROUP LLC | UNSECURED | 249.60 | .00% | .00 | .00 | .00 |
| 0004 | ALTAIR OH XIII LLC | UNSECURED | 1,250.01 | .00% | .00 | .00 | .00 |
| 0005 | DELL FINANCIAL SERVICES | UNSECURED | 3,787.81 | .00% | .00 | .00 | .00 |
| 0006 | PREMIER BANKCARD | UNSECURED | 343.55 | .00% | .00 | .00 | .00 |
| 0007 | CERASTES LLC | SECURED BY | .00 | 100.00% | .00 | .00 | .00 |
| 0008 | NAVIENT SOLUTIONS INC | UNSECURED | 7,165.31 | .00% | .00 | .00 | .00 |
| 0800 | ALLY BANK serviced by | NOTICE ONLY | .00 | .00% | .00 | .00 | .00 |
| 0801 | ALTAIR OH XIII LLC | NOTICE ONLY | .00 | .00% | .00 | .00 | .00 |
| 0802 | CERASTES LLC | NOTICE ONLY | .00 | .00% | .00 | .00 | .00 |
| 0803 | NAVIENT SOLUTIONS INC | NOTICE ONLY | .00 | .00% | .00 | .00 | .00 |
| 0804 | OFFICE OF THE US ATTORN | NOTICE ONLY | .00 | .00% | .00 | .00 | .00 |
| 0805 | SNAP-ON LLC | NOTICE ONLY | .00 | .00% | .00 | .00 | .00 |
| 0997 | GARRETT & COONS CHTD | ORIGINAL AT | 2,845.00 | 100.00% | 1,659.56 | .00 | 1,185.44 |
| 0998 | GARRETT & COONS CHTD | ADMINISTRAT | 300.00 | 100.00% | .00 | .00 | 300.00 |

*-This amount is the total of the principal owed and any unpaid accrued interest.

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including : May 1, 2015

| Receipts: | $6,191.50 | Paid to Claims: | $5,423.88 | Administrative Costs Paid: | $767.62 | Funds on Hand: | $.00 |
|---|---|---|---|---|---|---|---|

FG147/ 14-40231 /05/01/2015                                                                 Total unpaid balance: **   $23,054.73

** ALL CASES MUST RUN AT LEAST 36 MONTHS UNLESS ALL ALLOWED CLAIMS ARE PAID 100%. DO NOT PAY OFF YOUR PLAN EARLY WITHOUT CONSULTING WITH YOUR ATTORNEY AND THE TRUSTEE. THE PRINCIPAL BALANCE DOES NOT REPRESENT THE PAYOFF AMOUNT FOR YOUR CASE. THIS IS ONLY A CURRENT BALANCE AND DOES NOT INCLUDE ANY FUTURE ACCRUED INTEREST ON CLAIMS.

Pursuant to a change in policy of the United States Trustee, beginning at the earliest of 10/1/14, the Chapter 13 Trustee in your case will be paid a floating percentage fee from payments received in your case in accordance with 28 USC 586(e)(2).