**SO ORDERED.**

**SIGNED this 6th day of May, 2015.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN THE MATTER OF                           CHAPTER 13
 CASEY RAY POLLARD                          CASE NO.: 14-40231-13

**ORDER RELEASING EMPLOYER FROM FURTHER
PAYMENTS TO THE TRUSTEE**

To: IMI
    ATTN  PAYROLL
    PO BOX 754
    PERRY  KS 66073

WHEREAS, it is made to appear to the Court that it is no longer necessary to require the employer of the debtor to make further payments to the Trustee, Jan Hamilton.

IT IS THEREFORE ORDERED that the above-named employer is released and discharged from making any further payments to the Trustee in this case.

This order supercedes any previous order, if any, made to you in this case.

**YOU ARE HEREBY DIRECTED TO CARRY THIS ORDER INTO EFFECT.**

Dated: May 5, 2015
                                    ###
Prepared by:
 s/ - JAN HAMILTON, TRUSTEE
 PO Box 3527, Topeka, KS 66601-3527                    FG29/DB /189990
 jan.hamilton@topeka13trustee.com