**SO ORDERED.**

**SIGNED this 6th day of May, 2015.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

IN RE:                                    CASE NO.: 14-40231-13

CASEY RAY POLLARD
PO BOX 7
LECOMPTON KS 66050


### ORDER TO DEBTOR TO PAY THE TRUSTEE

**WHEREAS**, the debtor herein has submitted a plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consumating the plan;

**IT IS ORDERED** that the above named debtor(s) is hereby ordered and directed until further order of the Court, to pay the sum of:

**$510.00 PER MONTH to:**
**Jan Hamilton, Trustee, PO Box 2159**
**Topeka, Kansas 66601-2159**

and it is further ordered that said debtor notify said Trustee in writing if the employment of said debtor be terminated, along with any reason for such termination.  This order supercedes any previous order, if any, made to you in this case.

### YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT

Dated: May 5, 2015                        ###

Prepared and Approved by:
 s/ - JAN HAMILTON, TRUSTEE
jan.hamilton@topeka13trustee.com

FG27/DB