**SO ORDERED.**

**SIGNED this 6th day of May, 2015.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

```
IN THE MATTER OF                          CHAPTER 13
 CASEY RAY POLLARD                        CASE NO.: 14-40231-13
```

**ORDER RELEASING EMPLOYER FROM FURTHER
PAYMENTS TO THE TRUSTEE**

```
To: IMI
    ATTN  PAYROLL
    PO BOX 754
    PERRY  KS 66073
```

WHEREAS, it is made to appear to the Court that it is no longer necessary to require the employer of the debtor to make further payments to the Trustee, Jan Hamilton.

IT IS THEREFORE ORDERED that the above-named employer is released and discharged from making any further payments to the Trustee in this case.

This order supercedes any previous order, if any, made to you in this case.

**YOU ARE HEREBY DIRECTED TO CARRY THIS ORDER INTO EFFECT.**

Dated: May 5, 2015
                                    ###
Prepared by:
 s/ - JAN HAMILTON, TRUSTEE
  PO Box 3527, Topeka, KS 66601-3527                          FG29/DB /189990
  jan.hamilton@topeka13trustee.com

United States Bankruptcy Court
District of Kansas

In re:                                                    Case No. 14-40231-JMK
Casey Ray Pollard                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1083-5        User: tshawna         Page 1 of 1          Date Rcvd: May 06, 2015
                            Form ID: pdf020       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2015.
db          +Casey Ray Pollard,   PO Box 7,   Lecompton, KS 66050-0007
            +IMI,   Attn: Payroll,   PO Box 754,   Perry, KS 66073-0754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2015                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2015 at the address(es) listed below:
              Andrew M. Duncan    on behalf of Creditor    Snap-on Credit, LLC aduncan@cmplaw.net
              J Shannon Garrett    on behalf of Debtor Casey Ray Pollard sgarrett@garrettlawllc.com,
               emckinley@garrettlawllc.com;GarrettLawLLCmyECF@gmail.com
              Jan  Hamilton    bdms@topeka13trustee.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                             TOTAL: 4