**SO ORDERED.**

**SIGNED this 6th day of May, 2015.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:   CASE NO.: 14-40231-13

CASEY RAY POLLARD
PO BOX 7
LECOMPTON KS 66050


ORDER TO DEBTOR TO PAY THE TRUSTEE

**WHEREAS**, the debtor herein has submitted a plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consumating the plan;

**IT IS ORDERED** that the above named debtor(s) is hereby ordered and directed until further order of the Court, to pay the sum of:

$510.00 PER MONTH to:
Jan Hamilton, Trustee, PO Box 2159
Topeka, Kansas 66601-2159

and it is further ordered that said debtor notify said Trustee in writing if the employment of said debtor be terminated, along with any reason for such termination.  This order supercedes any previous order, if any, made to you in this case.

YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT

Dated: May 5, 2015                              ###

Prepared and Approved by:
 _s/ - JAN HAMILTON, TRUSTEE_
jan.hamilton@topeka13trustee.com

FG27/DB

```
                              United States Bankruptcy Court
                                    District of Kansas
In re:                                                          Case No. 14-40231-JMK
Casey Ray Pollard                                               Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 1083-5          User: tshawna              Page 1 of 1            Date Rcvd: May 06, 2015
                              Form ID: pdf020            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2015.
db              +Casey Ray Pollard,   PO Box 7,   Lecompton, KS 66050-0007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2015                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2015 at the address(es) listed below:
              Andrew M. Duncan    on behalf of Creditor   Snap-on Credit, LLC aduncan@cmplaw.net
              J Shannon Garrett    on behalf of Debtor Casey Ray Pollard sgarrett@garrettlawllc.com,
               emckinley@garrettlawllc.com;GarrettLawLLCmyECF@gmail.com
              Jan Hamilton    bdms@topeka13trustee.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                             TOTAL: 4