IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

IN RE:
Casey Ray Pollard                                                                        Case Number 14-40231-13-JMK

## MOTION TO MODIFY PLAN TO ABATE PAYMENTS

COMES NOW the Debtor, by and through his attorney, J. Shannon Garrett, and moves the Court for an Order modifying the Chapter 13 Plan in this case to abate/suspend all plan payments due, but not paid, through July 31, 2015. In support of said Motion, Debtor asserts:

1. Debtor anticipates missing future payments that will come due.
2. Debtor suffered a loss of employment. He is actively seeking work, but will need time to find a job, and to catch up on missed expenses in the meantime.
3. Debtors shall resume payments by August 31, 2015. In the event that payments are not resumed by August 31, 2015, Debtor understands that the Trustee will move to have the case dismissed for failure to make plan payments.
4. Even with this modification, Debtor will be able to complete his obligations under the plan within the statutorily-required period. In the event an increase in the plan payment is required to accommodate this modification, Debtor consents in advance to such increase as necessary.

WHEREFORE, Debtor requests that the Court grant this Motion for Plan Modification, and for such other and further relief as the Court deems just and equitable.

Dated May 19, 2015.

Respectfully submitted,

s/ J. Shannon Garrett
J. Shannon Garrett #18875
Garrett Law LLC
515 South Kansas Ave, Suite 403
Topeka, KS 66603
785-276-9300
866-306-5840 FAX
sgarrett@garrettlawLLC.com
Counsel for Debtor