IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

IN RE:
CASEY RAY POLLARD                                                   Case Number 14-40231-13-JMK

NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON DEBTOR'S MOTION TO ABATE PLAN PAYMENTS

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Topeka, Kansas, Kansas, on or before **June 9, 2015**, the Court will enter an order prepared and submitted by movant within ten (10) days of the objection deadline and no hearing will be held.

If you file a timely objection, a <u>nonevidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 444 S.E. Quincy, Room 210, Topeka, KS, 66683, on **July 08, 2015 at 9:00 am - Ch 13 Misc Docket** or as soon thereafter as the court's schedule permits. If you file the objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

Dated May 19, 2015.

Respectfully submitted,

s/ J. Shannon Garrett
J. Shannon Garrett #18875
Garrett Law LLC
515 South Kansas Ave, Suite 403
Topeka, KS 66603
785-276-9300
866-306-5840 FAX
sgarrett@garrettlawLLC.com
Counsel for Debtor

CERTIFICATE OF SERVICE

I do hereby certify that on May 19, 2015, I mailed, by first class United States mail, postage prepaid, a copy of the foregoing Notice of Nonevidentiary Hearing, and the pleading attached, to the parties listed on the attached matrix.

I further certify that on May 19, 2015, I electronically filed the above and foregoing Motion with the Court via the CM/ECF system, noticing all interested parties using the CM/ECF system.

s/ J. Shannon Garrett
J. Shannon Garrett #18875