| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-5<br>Case 14-40231<br>District of Kansas<br>Topeka<br>Tue May 19 14:17:18 CDT 2015 | Snap-on Credit, LLC<br>c/o Cohen McNeile & Pappas PC<br>4601 College Blvd., Suite 200<br>Leawood, KS 66211-1650 | Topeka Divisional Office<br>240 US Courthouse<br>444 SE Quincy<br>Topeka, KS 66683-3592 |
| ALTAIR OH XIII, LLC<br>C O WEINSTEIN, PINSON, AND RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE WA 98121-3132 | AT&T<br>Consumer Billing/Bankruptcy<br>PO Box 5001<br>Carol Stream IL 60197-5001 | Ally Financial<br>200 Renaissance Ctr<br>Detroit MI 48243-1300 |
| Ally Financial serviced by Ally Servicing LL<br>PO Box 130424<br>Roseville, MN 55113-0004 | American Collection Sy<br>407 S 21st St<br>Laramie WY 82070-4323 | Bby/Cbna<br>50 Northwest Point Road<br>Elk Grove Village IL 60007-1032 |
| Best Buy<br>Credit Services<br>PO Box 6204<br>Sioux Falls SD 57117-6204 | CERASTES, LLC<br>c/o Weinstein, Pinson, & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | Cap1/Kawas<br>26525 N Riverwoods Blvd<br>Mettawa IL 60045-3440 |
| Cap1/Suzki<br>26525 N Riverwoods Blvd<br>Mettawa IL 60045-3440 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Dept Of Ed/Sallie Mae<br>11100 Usa Pkwy<br>Fishers IN 46037-9203 |
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls SD 57104-4868 | GE Capital Retail Bank<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell GA 30076-9104 | Gecrb/Walmart<br>Po Box 965024<br>Orlando FL 32896-5024 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | (p)KANSAS DEPARTMENT OF REVENUE<br>PO BOX 12005<br>TOPEKA KS 66601-3005 | Laramie Pediatrics<br>1252 N 22nd St # B<br>Laramie WY 82072-5306 |
| Leo and Nancy Pollard<br>640 East 3rd<br>Lecompton KS 66050-3067 | Navient Solutions Inc.<br>Department of Education Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA   18773-9635 | Paula D. Kraft<br>402 N600 Rd<br>Overbrook KS 66524 |
| Premier Bankcard/Charter<br>PO Box 2208<br>Vacaville, CA 95696-8208 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | (p)SNAP ON CREDIT LLC<br>950 TECHNOLOGY WAY<br>SUITE 301<br>LIBERTYVILLE IL 60048-5339 |
| St Francis Health Center<br>SCLHS Dept Ch 14413<br>Palatine IL 60055-4413 | St Francis Physican Clinics<br>1915 SW 6th Avenue<br>Topeka KS 66606-1601 | Tract/Cbna<br>Po Box 6497<br>Sioux Falls SD 57117-6497 |

| | | |
|---|---|---|
| Tractor Supply Credit Plan<br>PO Box 6403<br>Sioux Falls SD 57117-6403 | Truity Federal Cu<br>501 S Johnstone Ave<br>Bartlesville OK 74003-6622 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 |
| Casey Ray Pollard<br>PO Box 7<br>Lecompton, KS 66050-0007 | J Shannon Garrett<br>Garrett Law LLC<br>515 South Kansas Ave<br>Suite 403<br>Topeka, KS 66603-3415 | Jan Hamilton<br>507-9 SW Jackson<br>PO Box 3527<br>Topeka, KS 66601-3527 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>915 SW Harrison<br>Topeka KS 66612-2005 | Snap-On Credit Llc<br>Po Box 506<br>Gurnee IL 60031 |
| (d)Snap-on Credit LLC<br>950 Technology Way<br>Suite 301<br>Libertyville, IL 60048 | (d)Webbank/Dfs<br>1 Dell Way<br>Round Rock TX 78682 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     0<br>Total                  35 |