**SO ORDERED.**

**SIGNED this 23rd day of June, 2015.**



_____
Janice Miller Karlin
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

IN RE:
Casey Ray Pollard                                             Case Number 14-40231-13-JMK

ORDER MODIFYING PLAN TO ABATE PAYMENTS

This matter comes on for consideration upon the Motion of the Debtor for plan modification to abate/suspend Plan payments. Notice with Opportunity for Hearing on the Motion was properly given, no timely objections were filed, and no hearing was held on the matter.

THE COURT FINDS:

1. The following circumstances support an abatement of Plan payments:
   - Debtor suffered a loss of employment. He is actively seeking work, but will need time to find a job, and to catch up on missed expenses in the meantime.

IT IS THEREFORE BY THE COURT ORDERED:

A. Debtor's motion shall be granted, and the Plan shall be modified to abate/suspend all payments due and not yet paid through July 31, 2015.
B. The amount and duration of the Plan payments shall be modified to ensure the Plan is satisfied within the statutorily required period.
C. In the event Debtor does not resume payments by the last day of the month following the end of the abatement/suspension period, the Trustee is authorized to dismiss the case without further notice.

###

SUBMITTED BY:

s/ J. Shannon Garrett
J. Shannon Garrett
Garrett Law LLC
515 South Kansas Ave, Suite 403
Topeka, KS 66603
785-276-9300
866-306-5840 FAX
sgarrett@garrettlawLLC.com
Counsel for Debtor


APPROVED BY:

s/ Jan Hamilton
Jan Hamilton, Trustee
PO Box 3527
Topeka, KS 66601
Chapter 13 Standing Trustee