**SO ORDERED.**

**SIGNED this 23rd day of June, 2015.**




Janice Miller Karlin
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

IN RE:
Casey Ray Pollard                                                                              Case Number 14-40231-13-JMK

ORDER MODIFYING PLAN TO ABATE PAYMENTS

This matter comes on for consideration upon the Motion of the Debtor for plan modification to abate/suspend Plan payments. Notice with Opportunity for Hearing on the Motion was properly given, no timely objections were filed, and no hearing was held on the matter.

THE COURT FINDS:

1. The following circumstances support an abatement of Plan payments:
   - Debtor suffered a loss of employment. He is actively seeking work, but will need time to find a job, and to catch up on missed expenses in the meantime.

IT IS THEREFORE BY THE COURT ORDERED:

A. Debtor's motion shall be granted, and the Plan shall be modified to abate/suspend all payments due and not yet paid through July 31, 2015.
B. The amount and duration of the Plan payments shall be modified to ensure the Plan is satisfied within the statutorily required period.
C. In the event Debtor does not resume payments by the last day of the month following the end of the abatement/suspension period, the Trustee is authorized to dismiss the case without further notice.

###

SUBMITTED BY:

s/ J. Shannon Garrett
J. Shannon Garrett
Garrett Law LLC
515 South Kansas Ave, Suite 403
Topeka, KS 66603
785-276-9300
866-306-5840 FAX
sgarrett@garrettlawLLC.com
Counsel for Debtor


APPROVED BY:

s/ Jan Hamilton
Jan Hamilton, Trustee
PO Box 3527
Topeka, KS 66601
Chapter 13 Standing Trustee

```
                          United States Bankruptcy Court
                                District of Kansas
```

In re:                                                    Case No. 14-40231-JMK
Casey Ray Pollard                                         Chapter 13
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 1083-5          User: tshawna              Page 1 of 1           Date Rcvd: Jun 23, 2015
                              Form ID: pdf020            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2015.
db             +Casey Ray Pollard,    PO Box 7,    Lecompton, KS 66050-0007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2015                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2015 at the address(es) listed below:
              Andrew M. Duncan    on behalf of Creditor    Snap-on Credit, LLC aduncan@cmplaw.net
              J Shannon Garrett    on behalf of Debtor Casey Ray Pollard sgarrett@garrettlawllc.com,
               emckinley@garrettlawllc.com;GarrettLawLLCmyECF@gmail.com
              Jan Hamilton    bdms@topeka13trustee.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                             TOTAL: 4