**SO ORDERED.**

**SIGNED this 15th day of September, 2015.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

CASEY RAY POLLARD
SSN: XXX-XX-4091
                Debtor

CASE: 14-40231-13 FILED: 09/15/2015

### ORDER TO EMPLOYER TO PAY TO THE TRUSTEE

**WHEREAS,** the above Court in the above-entitled proceeding has found the debtor has submitted a plan to pay debts out of future earnings, and by the plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the plan; and made the following order:

**IT IS ORDERED** that the Debtor's employer:

    HAMM INC
    ATTN PAYROLL
    PO BOX 17
    PERRY, KS 66512

is hereby ordered and directed, until further order of this Court, to deduct from the earnings of said debtor the sum of:  **$555.00 Monthly** beginning on the next payday following receipt of this order by said employer and to pay for said debtor to:

                      JAN HAMILTON
                      PO BOX 2159
                      TOPEKA, KS 66601-2159

**BE ADVISED** that if the Debtor is paid on a frequency other than monthly the following payment amount will apply:

$128.08 Weekly
$256.15 Bi-Weekly
$277.50 Semi-Monthly

**IT IS FURTHER ORDERED** that said employer notify said Trustee, in writing, if the employment of said Debtor be terminated, along with the reason for such termination.

**IT IS FURTHER ORDERED** that all earnings and wages of the debtor, except the amounts required to be withheld by any Federal and state tax law; insurance law or policy provision; pension or union dues agreements between employer and the debtor; orders for current child support; or by the order of the United States Bankruptcy Court for the District of Kansas, be paid to the above debtor in accordance with the employer's usual payroll procedure. The employer may not deduct any sum from the Debtor's earnings for any expenses for administering this Order.

This order supercedes any previous order, if any, made to you in this case.

**YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT**

###

s/Jan Hamilton, Chapter 13 Trustee
Jan Hamilton #08060
Topeka, KS 66601-3527
(785) 234-1551,   (785) 234-0537 Fax
jan.hamilton@topeka13trustee.com