**SO ORDERED.**

**SIGNED this 15th day of September, 2015.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

    CASEY RAY POLLARD
    SSN: XXX-XX-4091
                Debtor

CASE: 14-40231-13 FILED: 09/15/2015

**ORDER TO EMPLOYER TO PAY TO THE TRUSTEE**

    **WHEREAS,** the above Court in the above-entitled proceeding has found the debtor has submitted a plan to pay debts out of future earnings, and by the plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the plan; and made the following order:

    **IT IS ORDERED** that the Debtor's employer:

    HAMM INC
    ATTN PAYROLL
    PO BOX 17
    PERRY, KS 66512

is hereby ordered and directed, until further order of this Court, to deduct from the earnings of said debtor the sum of: **$555.00 Monthly** beginning on the next payday following receipt of this order by said employer and to pay for said debtor to:

        **JAN HAMILTON**
        **PO BOX 2159**
        **TOPEKA, KS 66601-2159**

**BE ADVISED** that if the Debtor is paid on a frequency other than monthly the following payment amount will apply:

$128.08 Weekly
$256.15 Bi-Weekly
$277.50 Semi-Monthly

**IT IS FURTHER ORDERED** that said employer notify said Trustee, in writing, if the employment of said Debtor be terminated, along with the reason for such termination.

**IT IS FURTHER ORDERED** that all earnings and wages of the debtor, except the amounts required to be withheld by any Federal and state tax law; insurance law or policy provision; pension or union dues agreements between employer and the debtor; orders for current child support; or by the order of the United States Bankruptcy Court for the District of Kansas, be paid to the above debtor in accordance with the employer's usual payroll procedure. The employer may not deduct any sum from the Debtor's earnings for any expenses for administering this Order.

This order supercedes any previous order, if any, made to you in this case.

### YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT

###

s/Jan Hamilton, Chapter 13 Trustee
Jan Hamilton #08060
Topeka, KS 66601-3527
(785) 234-1551,   (785) 234-0537 Fax
jan.hamilton@topeka13trustee.com

```
                          United States Bankruptcy Court
                               District of Kansas
```

In re:                                                          Case No. 14-40231-JMK
Casey Ray Pollard                                               Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 1083-5          User: tshawna              Page 1 of 1            Date Rcvd: Sep 15, 2015
                              Form ID: pdf021            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2015.
db             +Casey Ray Pollard,    PO Box 7,    Lecompton, KS 66050-0007
               +Hamm Inc.,    Attn: Payroll,    PO Box 17,    Perry, KS 66073-0017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2015                              Signature:  /s/Joseph Speetjens

---

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2015 at the address(es) listed below:
              Andrew M. Duncan    on behalf of Creditor    Snap-on Credit, LLC aduncan@cmplaw.net
              J Shannon Garrett    on behalf of Debtor Casey Ray Pollard sgarrett@garrettlawllc.com,
               emckinley@garrettlawllc.com;GarrettLawLLCmyECF@gmail.com
              Jan  Hamilton    bdms@topeka13trustee.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                             TOTAL: 4