IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

**IN RE:**

CASEY RAY POLLARD

CHAPTER 13
CASE NO: 14-40231

Debtor

## MOTION TO DISMISS

**COMES NOW** the Chapter 13 Trustee, Jan Hamilton, and hereby moves the Court for an Order Dismissing the above captioned case without prejudice, and in support states and alleges the following:

Debtor is in default of plan payments in the amount of $555.00

THRU SEPTEMBER

**WHEREFORE**, the Trustee moves the Court for an Order dismissing the above captioned case without prejudice as provided in 11 U.S.C. Section 1307(c), and for such other and further relief as the Court deems just and proper.

Dated : October 20, 2015

/s/ Jan Hamilton
P.O. Box 3527, Topeka, KS 66601-3527
(785)-234-1551, (785)-234-0537 (Fax)
jan.hamilton@topeka13trustee.com

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the above and foregoing Motion To Dismiss with the Court via the CM/ECF system, which notices all interested parties, including the debtor's attorney, using the CM/ECF system. I have also mailed this pleading first class to the debtor, on this date: October 20, 2015

/s/ Jan Hamilton
Chapter 13 Trustee

233/DB

CASEY RAY POLLARD
PO BOX 7
LECOMPTON, KS 66050