# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

CASEY RAY POLLARD

CHAPTER 13
CASE NO: 14-40231

Debtor

## NOTICE WITH OPPORTUNITY FOR HEARING

The above-named debtor and debtor's attorney are hereby notified of the Motion to Dismiss and given 21 days from October 20, 2015 to file written objection thereto. If no objection is filed, an ex parte order will be entered. If an objection is filed by November 10, 2015, a non-evidentiary hearing will be held before the US Bankruptcy court, U.S. Bankruptcy Court, 444 SE Quincy, Room 210, Topeka, KS 66683 on December 02, 2015 at 9:00 am.

Dated : October 20, 2015

/s/ Jan Hamilton
P.O. Box 3527, Topeka, KS 66601-3527
(785)-234-1551, (785)-234-0537 (Fax)
jan.hamilton@topeka13trustee.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the above and foregoing Notice with the Court via the CM/ECF system, which notices all interested parties, including the debtor's attorney, using the CM/ECF system. I have also mailed this pleading first class to the debtor, on this date: October 20, 2015

/s/ Jan Hamilton
Chapter 13 Trustee

287/DB

CASEY RAY POLLARD
PO BOX 7
LECOMPTON, KS 66050