IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

IN RE:
Casey Ray Pollard                                    Case Number 14-40231-13-JMK

OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES NOW the Debtor, by and through his attorney, J. Shannon Garrett, and responds to the Trustee's Motion to Dismiss:

1. Debtor has cured the default.

WHEREFORE, Debtor prays this Court deny the Trustee's Motion to Dismiss, and enter such other orders as are just and equitable.

Dated November 10, 2015.

Respectfully submitted,

s/ J. Shannon Garrett
J. Shannon Garrett #18875
515 South Kansas Ave
Suite 403
Topeka, KS 66603
785-276-9300
866-306-5840 FAX
sgarrett@garrettlawLLC.com
Counsel for Debtor

CERTIFICATE OF SERVICE

I certify that on November 10, 2015, I electronically filed the above and foregoing Motion with the Court via the CM/ECF system, noticing all interested parties using the CM/ECF system

I have also mailed this pleading first class to the Debtor:

Casey Pollard
306 Clark St
Lecompton, KS 66050

s/ J. Shannon Garrett
J. Shannon Garrett #18875