# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

    CASEY RAY POLLARD

                                  Chapter 13
          Debtor        Case No: 14-40231

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

**COMES NOW** the Chapter 13 Trustee, Jan Hamilton, and hereby advises the Court that the Motion to Dismiss filed on October 20, 2015 is hereby withdrawn, as the matter is resolved.

Dated: November 16, 2015          s/Jan Hamilton, Chapter 13 Trustee
                                                 Jan Hamilton #08163
                                                 Topeka, KS 66601-3527
                                                 785-234-1551
                                                 785-234-0537(FAX)
                                                 jan.hamilton@topeka13trustee.com

## CERTIFICATE OF SERVICE

I certify that I electronically filed the above and foregoing Withdrawal of Motion with the Court via the CM/ECF system which notices all interested parties using the CM/ECF system.

                                                          s/Jan Hamilton, Chapter 13 Trustee
                                                          Jan Hamilton, Trustee

FG189