**SO ORDERED.**

**SIGNED this 11th day of April, 2016.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| CASEY RAY POLLARD | Case No: 14-40231 |
| SSN: XXX-XX-4091 | |
| Debtor | |

**ORDER RELEASING EMPLOYER FROM FURTHER
PAYMENTS TO THE TRUSTEE**

TO: HAMM INC
 ATTN PAYROLL
 PO BOX 17
 PERRY, KS 66512

**WHEREAS**, it is made to appear to the Court that it is no longer necessary to require the employer of the debtor to make further payments to the trustee, Jan Hamilton.

**IT IS THEREFORE ORDERED** that the above-named employer is released and discharged from making any further payments to the trustee in the above captioned case.

This order supercedes any previous order, if any, made to you in this case.

**YOU ARE HEREBY DIRECTED TO CARRY THIS ORDER INTO EFFECT**

Dated: April 08, 2016

###

Prepared and Approved By:
s/Jan Hamilton, Chapter 13 Trustee
Jan Hamilton #08163
P.O. Box 3527, Topeka, KS 66601-3527
785-234-1551, 785-234-0537(FAX)
jan.hamilton@topeka13trustee.com