**SO ORDERED.**

**SIGNED this 11th day of April, 2016.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| CASEY RAY POLLARD | Case No: 14-40231 |
| SSN: XXX-XX-4091 | |
| Debtor | |

### ORDER RELEASING EMPLOYER FROM FURTHER
### PAYMENTS TO THE TRUSTEE

TO: HAMM INC
    ATTN PAYROLL
    PO BOX 17
    PERRY, KS 66512

**WHEREAS**, it is made to appear to the Court that it is no longer necessary to require the employer of the debtor to make further payments to the trustee, Jan Hamilton.

**IT IS THEREFORE ORDERED** that the above-named employer is released and discharged from making any further payments to the trustee in the above captioned case.

This order supercedes any previous order, if any, made to you in this case.

**YOU ARE HEREBY DIRECTED TO CARRY THIS ORDER INTO EFFECT**

Dated: April 08, 2016

###

Prepared and Approved By:
s/Jan Hamilton, Chapter 13 Trustee
Jan Hamilton #08163
P.O. Box 3527, Topeka, KS 66601-3527
785-234-1551, 785-234-0537(FAX)
jan.hamilton@topeka13trustee.com

```
                              United States Bankruptcy Court
                                    District of Kansas
In re:                                                             Case No. 14-40231-JMK
Casey Ray Pollard                                                  Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 1083-5          User: trosie               Page 1 of 1           Date Rcvd: Apr 11, 2016
                              Form ID: pdf020            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2016.
db            +Casey Ray Pollard,   PO Box 7,   Lecompton, KS 66050-0007
              +Hamm Inc,   Attn Payroll,   PO Box 17,   Perry KS 66073-0017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2016 at the address(es) listed below:
              Andrew M. Duncan    on behalf of Creditor    Snap-on Credit, LLC aduncan@cmplaw.net
              J Shannon Garrett    on behalf of Debtor Casey Ray Pollard sgarrett@garrettlawllc.com,
               emckinley@garrettlawllc.com;GarrettLawLLCmyECF@gmail.com
              Jan  Hamilton     bdms@topeka13trustee.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                            TOTAL: 4