IN THE MATTER OF:

CASEY RAY POLLARD                                   CHAPTER 13
                                                    CASE NO: 14-40231


FOR:   ALLY FINANCIAL                               OBJECTION TO CLAIM NO: 1

### OBJECTION TO CLAIM

COMES NOW, Jan Hamilton, Trustee, and objects to the allowance of the above claim as filed and recommends to the Court it be treated as follows:

Allowed as a SECURED BY VEHICLE claim in the amount shown at right for the          $2,032.09 Principal
following reason(s):                                                                  $868.13 Interest
    This represents the amount paid by the Trustee prior to creditor receiving
insurance proceeds & writing off the balance of claim.

WHEREFORE, the Trustee prays the foregoing claim be allowed as set forth above.

DATED: July 14, 2016                           /s/ - Jan Hamilton, Trustee  #08163
                                               _____
                                               Jan Hamilton #08163
                                               P.O. Box 3527, Topeka, KS 66601-3527
                                               785-234-1551, 785-234-0537(FAX)
                                               jan.hamilton@topeka13trustee.com

### NOTICE WITH OPPORTUNITY FOR HEARING

The above-named creditor, debtor(s), and debtors' attorney are hereby notified of this Objection and given 30 days from July 14, 2016 to file written objection thereto. If no objection is filed, an ex parte order will be entered. If an objection is filed by August 15, 2016, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court 444 SE Quincy Room 210 Topeka, KS, 66683, on September 07, 2016 at 9:00 am.

### CERTIFICATE OF SERVICE

I certify that I electronically filed the above and foregoing Objection with the Court via the CM/ECF system, which notices all interested parties using the CM/ECF system. I have also mailed this pleading first class, to the following parties on this date: July 14, 2016.

*FG19/ML*                                        /s/ - Jan Hamilton, Trustee
                                                 _____

CASEY RAY POLLARD | PO BOX 7 | LECOMPTON, KS 66050
ALLY FINANCIAL | PAYMENT PROCESSING CENTER | PO BOX 78367 | PHOENIX, AZ 85062-8367
ALLY BANK serviced by | ALLY SERVICING LLC | PO BOX 130424 | ROSEVILLE, MN 55113-0004