Chapter 13 Case #: 14-40231

**Jan Hamilton, Trustee**
P.O. Box 3527
Topeka, KS  66601-3527

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period from May 01, 2015 to August 08, 2016

Re:  CASEY RAY POLLARD                                    Attorney: GARRETT LAW LLC
PO BOX 7                                                             515 S KANSAS AVE STE 403
LECOMPTON,  KS  66050                                                TOPEKA,  KS  66603

(785)276-9300

## RECEIPTS FOR PERIOD

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| May 01 | 510.00 | May 05 | 127.50 | Sep 02 | 550.00 | Oct 16 | 128.08 |
| Oct 20 | 128.08 | Oct 27 | 128.08 | Oct 27 | 128.08 | Nov 02 | 555.00 |
| Nov 06 | 512.77 | Nov 16 | 128.08 | Nov 16 | (512.77) | Nov 16 | 128.08 |
| Nov 20 | 128.08 | Nov 30 | 128.08 | Dec 04 | 128.08 | Dec 29 | 555.00 |
| Feb 02 | 550.00 | Mar 01 | 555.00 | Apr 19 | 517.28 | Apr 25 | 256.15 |
| May 18 | 512.30 | May 23 | 300.00 | Jun 14 | 512.30 | Jul 12 | 512.30 |
| Aug 01 | 256.15 | | | | | | |

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name | Class | Int Rate | Allowed Claim | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| ATTY | GARRETT LAW LLC | Admin | | | | | | |
| F-FEE | CLERK OF THE BANKRUPTCY COURT | Admin | | 281.00 | 100.00% | 281.00 | 0.00 | 0.00 |
| 0 | GARRETT & COONS CHTD | Priority | | 2,845.00 | 100.00% | 2,845.00 | 0.00 | 0.00 |
| 1 | ALLY FINANCIAL | Secured | 4.75% | 2,032.09 | 100.00% | 2,032.09 | 868.13 | 0.00 |
| 2 | SNAP-ON CREDIT LLC | Secured | 4.75% | 6,981.16 | 100.00% | 5,475.51 | 709.68 | 1,505.65 |
| 3 | QUANTUM3 GROUP  LLC | Unsecured | | 249.60 | 100.00% | 0.00 | 0.00 | 249.60 |
| 4 | ALTAIR OH XIII LLC | Unsecured | | 1,250.01 | 100.00% | 0.00 | 0.00 | 1,250.01 |
| 5 | DELL FINANCIAL SERVICES  LP | Unsecured | | 3,787.81 | 100.00% | 0.00 | 0.00 | 3,787.81 |
| 6 | PREMIER BANKCARD | Unsecured | | 343.55 | 100.00% | 0.00 | 0.00 | 343.55 |
| 7 | CERASTES LLC | | | PAY DIRECT | | | | |
| 8 | NAVIENT SOLUTIONS INC | Unsecured | | 7,165.31 | 100.00% | 0.00 | 0.00 | 7,165.31 |
| 0 | GARRETT & COONS CHTD | Priority | | 300.00 | 100.00% | 0.00 | 0.00 | 300.00 |
| TTE | Trustee Compensation | Admin | | | | 1,170.74 | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: 08/08/2016

Receipts: $13,613.20 - Paid to Claims: $11,930.41 - Administrative Costs Paid: $1,451.74 = Balance on Hand: $231.05.

Amount Remaining (Base Balance): $5,698.30**

** **NOTE:**  Your plan structure obligates you to pay in a minimum amount called a base .  Your base amount is established at $19,311.50. The "Amount Remaining (Base Balance)" shown above ***DOES NOT*** represent the payoff amount for your case, but reflects the amounts according to the Trustee's records, as of the date of this report .  If you intend to pay off your case, you ***must*** consult with your attorney.

**NOTE:** Your case information is available at no charge from the National Data Center . Please visit www.ndc.org and click on the "Get Started" button to sign up for debtor access, or the "Debtor Log In" button if you have already signed up .

*pf340/ 8/9/16*