**SO ORDERED.**

**SIGNED this 26th day of August, 2016.**



_____
Janice Miller Karlin
United States Chief Bankruptcy Judge
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

IN THE MATTER OF:

CASEY RAY POLLARD                                CHAPTER 13
                                                 CASE NO: 14-40231

FOR:   ALLY FINANCIAL                            OBJECTION TO CLAIM NO: 1

### ORDER ALLOWING CLAIM

COMES NOW, Jan Hamilton, Trustee, and objects to the allowance of the above claim as filed and recommends to the Court it be treated as follows:

| | |
|---|---|
| Allowed as a SECURED BY VEHICLE claim in the amount shown at right for the following reason(s): | $2,032.09 Principal<br>$868.13 Interest |
| This represents the amount paid by the Trustee prior to creditor receiving insurance proceeds & writing off the balance of claim. | |

###

Prepared and Approved by:

/s/ - Jan Hamilton, Trustee
_____

FG19/2/ML