**SO ORDERED.**

**SIGNED this 26th day of August, 2016.**




Janice Miller Karlin
United States Chief Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

IN THE MATTER OF:

CASEY RAY POLLARD               CHAPTER 13
                                CASE NO: 14-40231

FOR:  ALLY FINANCIAL            OBJECTION TO CLAIM NO: 1

### ORDER ALLOWING CLAIM

    COMES NOW, Jan Hamilton, Trustee, and objects to the allowance of the above claim as filed and recommends to the Court it be treated as follows:

| | |
|---|---|
| Allowed as a SECURED BY VEHICLE claim in the amount shown at right for the following reason(s): | $2,032.09 Principal<br>$868.13 Interest |
|     This represents the amount paid by the Trustee prior to creditor receiving insurance proceeds & writing off the balance of claim. | |

###

Prepared and Approved by:

/s/ - Jan Hamilton, Trustee
_____

*FG19/2/ML*

```
                              United States Bankruptcy Court
                                   District of Kansas
In re:                                                       Case No. 14-40231-JMK
Casey Ray Pollard                                            Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 1083-5          User: tdana              Page 1 of 1              Date Rcvd: Aug 26, 2016
                              Form ID: pdf020          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2016.
db             +Casey Ray Pollard,    PO Box 7,    Lecompton, KS 66050-0007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7870143        +E-mail/Text: ally@ebn.phinsolutions.com Aug 26 2016 21:22:18      Ally Financial,
                 200 Renaissance Ctr,    Detroit MI 48243-1300
7873936         E-mail/Text: ally@ebn.phinsolutions.com Aug 26 2016 21:22:18
                 Ally Financial serviced by Ally Servicing LLC,   PO Box 130424,    Roseville, MN 55113-0004
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
              Andrew M. Duncan    on behalf of Creditor    Snap-on Credit, LLC aduncan@cmplaw.net
              J Shannon Garrett    on behalf of Debtor Casey Ray Pollard sgarrett@garrettlawllc.com,
               emckinley@garrettlawllc.com;GarrettLawLLCmyECF@gmail.com
              Jan Hamilton    bdms@topeka13trustee.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                              TOTAL: 4