**SO ORDERED.**

**SIGNED this 5th day of December, 2016.**



_____
Janice Miller Karlin
United States Chief Bankruptcy Judge
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br>   CASEY RAY POLLARD<br>   SSN: XXX-XX-4091<br>       Debtor | CHAPTER 13<br>Case No: 14-40231 |

### ORDER RELEASING EMPLOYER FROM FURTHER
### PAYMENTS TO THE TRUSTEE

TO: BROWN SUPER SERVICE
     ATTN PAYROLL
     3812 SW SOUTH PARK AVE
     TOPEKA, KS 66609

   **WHEREAS**, it is made to appear to the Court that it is no longer necessary to require the employer of the debtor to make further payments to the trustee, Jan Hamilton.

   **IT IS THEREFORE ORDERED** that the above-named employer is released and discharged from making any further payments to the trustee in the above captioned case.

   This order supercedes any previous order, if any, made to you in this case.

      **YOU ARE HEREBY DIRECTED TO CARRY THIS ORDER INTO EFFECT**

Dated: December 01, 2016

                                                               ###

                                      Prepared and Approved By:
                                      s/Jan Hamilton, Chapter 13 Trustee
                                      Jan Hamilton #08163
                                      P.O. Box 3527, Topeka, KS 66601-3527
                                      785-234-1551, 785-234-0537(FAX)
                                      jan.hamilton@topeka13trustee.com