**SO ORDERED.**

**SIGNED this 5th day of December, 2016.**



_____
Janice Miller Karlin
United States Chief Bankruptcy Judge
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | CHAPTER 13 |
|    CASEY RAY POLLARD | Case No: 14-40231 |
|    SSN:  XXX-XX-4091 | |
|           Debtor | |

### ORDER RELEASING EMPLOYER FROM FURTHER
### PAYMENTS TO THE TRUSTEE

TO:  BROWN SUPER SERVICE
     ATTN  PAYROLL
     3812 SW SOUTH PARK AVE
     TOPEKA, KS 66609

    **WHEREAS**, it is made to appear to the Court that it is no longer necessary to require the employer of the debtor to make further payments to the trustee, Jan Hamilton.

    **IT IS THEREFORE ORDERED** that the above-named employer is released and discharged from making any further payments to the trustee in the above captioned case.

    This order supercedes any previous order, if any, made to you in this case.

        **YOU ARE HEREBY DIRECTED TO CARRY THIS ORDER INTO EFFECT**

Dated: December 01, 2016

                                                ###

                                          Prepared and Approved By:
                                          <u>s/Jan Hamilton, Chapter 13 Trustee</u>
                                          Jan Hamilton #08163
                                          P.O. Box 3527, Topeka, KS 66601-3527
                                          785-234-1551, 785-234-0537(FAX)
                                          jan.hamilton@topeka13trustee.com

```
                          United States Bankruptcy Court
                                District of Kansas
```

In re:                                                          Case No. 14-40231-JMK
Casey Ray Pollard                                               Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 1083-5          User: leeann           Page 1 of 1           Date Rcvd: Dec 05, 2016
                              Form ID: pdf020        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2016.
db            +Casey Ray Pollard,    PO Box 7,    Lecompton, KS 66050-0007
              +BROWN SUPER SERVICE,    ATTN PAYROLL,    3812 SW SOUTH PARK AVE,    TOPEKA KS 66609-1422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2016 at the address(es) listed below:
              Andrew M. Duncan    on behalf of Creditor    Snap-on Credit, LLC aduncan@cmplaw.net
              J Shannon Garrett    on behalf of Debtor Casey Ray Pollard sgarrett@garrettlawllc.com,
               emckinley@garrettlawllc.com;GarrettLawLLCmyECF@gmail.com
              Jan  Hamilton    bdms@topeka13trustee.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                             TOTAL: 4