**SO ORDERED.**

**SIGNED this 25th day of April, 2017.**



_____
Janice Miller Karlin
United States Chief Bankruptcy Judge
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| CASEY RAY POLLARD | Case No: 14-40231 |
| SSN: XXX-XX-4091 | |
| Debtor | |

### ORDER RELEASING EMPLOYER FROM FURTHER
### PAYMENTS TO THE TRUSTEE

TO: HOUSER ENTERPRISES INC
5834 SW 26TH TERR
TOPEKA, KS 66614

**WHEREAS**, it is made to appear to the Court that it is no longer necessary to require the employer of the debtor to make further payments to the trustee, Jan Hamilton.

**IT IS THEREFORE ORDERED** that the above-named employer is released and discharged from making any further payments to the trustee in the above captioned case.

This order supercedes any previous order, if any, made to you in this case.

**YOU ARE HEREBY DIRECTED TO CARRY THIS ORDER INTO EFFECT**

Dated: April 24, 2017

###

Prepared and Approved By:
s/Jan Hamilton, Chapter 13 Trustee
Jan Hamilton #08163
P.O. Box 3527, Topeka, KS 66601-3527
785-234-1551, 785-234-0537(FAX)
jan.hamilton@topeka13trustee.com