**SO ORDERED.**

**SIGNED this 25th day of April, 2017.**



_____
Janice Miller Karlin
United States Chief Bankruptcy Judge
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

IN RE:  CASE NO: 14-40231-13

CASEY RAY POLLARD
PO BOX 7
LECOMPTON, KS 66050

### ORDER TO DEBTOR TO PAY THE TRUSTEE

**WHEREAS,** the Debtor herein has submitted a Plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the Plan;

**IT IS ORDERED** that the above-named Debtor is hereby ordered and directed, until until further order of this Court, to pay the sum of:

**$555.00 per month to:**

**JAN HAMILTON
PO BOX 2159
TOPEKA KS 66601-2159**

This order supercedes any previous order, if any, made to you in this case.

**YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT**

### ###

| | |
|---|---|
| Dated: April 24, 2017 | Prepared and Approved By: <br> s/Jan Hamilton, TRUSTEE <br> Jan Hamilton #08163 <br> P.O. Box 3527, Topeka, KS 66601-3527 <br> 785-234-1551, 785-234-0537(FAX) <br> jan.hamilton@topeka13trustee.com |