**SO ORDERED.**

**SIGNED this 25th day of April, 2017.**



_____
Janice Miller Karlin
United States Chief Bankruptcy Judge
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

IN RE:  CASE NO: 14-40231-13

CASEY RAY POLLARD
PO BOX 7
LECOMPTON, KS 66050

### ORDER TO DEBTOR TO PAY THE TRUSTEE

**WHEREAS,** the Debtor herein has submitted a Plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the Plan;

**IT IS ORDERED** that the above-named Debtor is hereby ordered and directed, until until further order of this Court, to pay the sum of:

$555.00 per month to:

**JAN HAMILTON**
**PO BOX 2159**
**TOPEKA KS 66601-2159**

This order supercedes any previous order, if any, made to you in this case.

**YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT**

###

Dated: April 24, 2017

Prepared and Approved By:
s/Jan Hamilton, TRUSTEE
Jan Hamilton #08163
P.O. Box 3527, Topeka, KS 66601-3527
785-234-1551, 785-234-0537(FAX)
jan.hamilton@topeka13trustee.com

```
                          United States Bankruptcy Court
                                District of Kansas
In re:                                                       Case No. 14-40231-JMK
Casey Ray Pollard                                            Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 1083-5      User: tdana              Page 1 of 1          Date Rcvd: Apr 25, 2017
                          Form ID: pdf020          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.
db             +Casey Ray Pollard,    PO Box 7,    Lecompton, KS 66050-0007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2017 at the address(es) listed below:
              Andrew M. Duncan    on behalf of Creditor    Snap-on Credit, LLC aduncan@cmplaw.net
              J Shannon Garrett    on behalf of Debtor Casey Ray Pollard sgarrett@garrettlawllc.com,
               emckinley@garrettlawllc.com;GarrettLawLLCmyECF@gmail.com
              Jan Hamilton    bdms@topeka13trustee.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                             TOTAL: 4