**SO ORDERED.**

**SIGNED this 22nd day of May, 2017.**



_____
Janice Miller Karlin
United States Chief Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:

CASEY RAY POLLARD
SSN: XXX-XX-4091
        Debtor

CASE: 14-40231-13

### ORDER TO EMPLOYER TO PAY TO THE TRUSTEE

   **WHEREAS,** the above Court in the above-entitled proceeding has found the debtor has submitted a plan to pay debts out of future earnings, and by the plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the plan; and made the following order:

   **IT IS ORDERED** that the Debtor's employer:

   BIG HEARTS PET BRANDS
   ATTN PAYROLL
   375 NORTH SHORE DRIVE
   PITTSBURGH, PA 15121

is hereby ordered and directed, until further order of this Court, to deduct from the earnings of said debtor the sum of: **$555.00 Monthly** beginning on the next payday following receipt of this order by said employer and to pay for said debtor to:

                        JAN HAMILTON
                        PO BOX 2159
                        TOPEKA, KS 66601-2159

**BE ADVISED** that if the Debtor is paid on a frequency other than monthly the following payment amount will apply:

$128.08 Weekly
$256.15 Bi-Weekly
$277.50 Semi-Monthly

**IT IS FURTHER ORDERED** that said employer notify said Trustee, in writing, if the employment of said Debtor be terminated, along with the reason for such termination.

**IT IS FURTHER ORDERED** that all earnings and wages of the debtor, except the amounts required to be withheld by any Federal and state tax law; insurance law or policy provision; pension or union dues agreements between employer and the debtor; orders for current child support; or by the order of the United States Bankruptcy Court for the District of Kansas, be paid to the above debtor in accordance with the employer's usual payroll procedure. The employer may not deduct any sum from the Debtor's earnings for any expenses for administering this Order.

This order supercedes any previous order, if any, made to you in this case.

**YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT**

### 

s/Jan Hamilton, Chapter 13 Trustee
Jan Hamilton #08163
P.O. Box 3527, Topeka, KS 66601-3527
785-234-1551, 785-234-0537(FAX)
jan.hamilton@topeka13trustee.com