**SO ORDERED.**

**SIGNED this 22nd day of May, 2017.**



_____
Janice Miller Karlin
United States Chief Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

IN RE:

      CASEY RAY POLLARD
      SSN: XXX-XX-4091
             Debtor

CASE: 14-40231-13

### ORDER TO EMPLOYER TO PAY TO THE TRUSTEE

    **WHEREAS,** the above Court in the above-entitled proceeding has found the debtor has submitted a plan to pay debts out of future earnings, and by the plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the plan; and made the following order:

    **IT IS ORDERED** that the Debtor's employer:

    BIG HEARTS PET BRANDS
    ATTN PAYROLL
    375 NORTH SHORE DRIVE
    PITTSBURGH, PA 15121

is hereby ordered and directed, until further order of this Court, to deduct from the earnings of said debtor the sum of:  **$555.00 Monthly** beginning on the next payday following receipt of this order by said employer and to pay for said debtor to:

**JAN HAMILTON**
**PO BOX 2159**
**TOPEKA, KS 66601-2159**

**BE ADVISED** that if the Debtor is paid on a frequency other than monthly the following payment amount will apply:

$128.08 Weekly
$256.15 Bi-Weekly
$277.50 Semi-Monthly

**IT IS FURTHER ORDERED** that said employer notify said Trustee, in writing, if the employment of said Debtor be terminated, along with the reason for such termination.

**IT IS FURTHER ORDERED** that all earnings and wages of the debtor, except the amounts required to be withheld by any Federal and state tax law; insurance law or policy provision; pension or union dues agreements between employer and the debtor; orders for current child support; or by the order of the United States Bankruptcy Court for the District of Kansas, be paid to the above debtor in accordance with the employer's usual payroll procedure. The employer may not deduct any sum from the Debtor's earnings for any expenses for administering this Order.

This order supercedes any previous order, if any, made to you in this case.

### YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT

### 

s/Jan Hamilton, Chapter 13 Trustee
Jan Hamilton #08163
P.O. Box 3527, Topeka, KS 66601-3527
785-234-1551, 785-234-0537(FAX)
jan.hamilton@topeka13trustee.com

```
                    United States Bankruptcy Court
                         District of Kansas
```

In re:                                                    Case No. 14-40231-JMK
Casey Ray Pollard                                         Chapter 13
        Debtor
                        **CERTIFICATE OF NOTICE**

```
District/off: 1083-5         User: tdana          Page 1 of 1          Date Rcvd: May 22, 2017
                             Form ID: pdf021      Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
db          +Casey Ray Pollard,   PO Box 7,   Lecompton, KS 66050-0007
            #+BIG HEARTS PET BRANDS,   ATTN PAYROLL,   375 NORTH SHORE DRIVE,   PITTSBURGH, PA 15212-5866

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
        Andrew M. Duncan    on behalf of Creditor   Snap-on Credit, LLC aduncan@cmplaw.net
        J Shannon Garrett    on behalf of Debtor Casey Ray Pollard sgarrett@garrettlawllc.com,
         emckinley@garrettlawllc.com;GarrettLawLLCmyECF@gmail.com
        Jan  Hamilton    bdms@topeka13trustee.com
        U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                   TOTAL: 4