**SO ORDERED.**

**SIGNED this 10th day of July, 2017.**



_____
Janice Miller Karlin
United States Chief Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:                                                          CHAPTER 13

    CASEY RAY POLLARD                                Case No: 14-40231
    SSN:  XXX-XX-4091
           Debtor

### ORDER RELEASING EMPLOYER FROM FURTHER
### PAYMENTS TO THE TRUSTEE

TO: BIG HEARTS PET BRANDS
    ATTN PAYROLL
    375 NORTH SHORE DRIVE
    PITTSBURGH, PA 15121

    **WHEREAS**, it is made to appear to the Court that it is no longer necessary to require the employer of the debtor to make further payments to the trustee, Jan Hamilton.

    **IT IS THEREFORE ORDERED** that the above-named employer is released and discharged from making any further payments to the trustee in the above captioned case.

    This order supercedes any previous order, if any, made to you in this case.

        **YOU ARE HEREBY DIRECTED TO CARRY THIS ORDER INTO EFFECT**

Dated: July 07, 2017

                        ###

                        Prepared and Approved By:
                        s/Jan Hamilton, Chapter 13 Trustee
                        Jan Hamilton #08163
                        P.O. Box 3527, Topeka, KS 66601-3527
                        785-234-1551, 785-234-0537(FAX)
                        jan.hamilton@topeka13trustee.com

In re:                                                    Case No. 14-40231-JMK
Casey Ray Pollard                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1083-5        User: tdana        Page 1 of 1        Date Rcvd: Jul 10, 2017
                           Form ID: pdf020     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2017.
db             +Casey Ray Pollard,    PO Box 7,    Lecompton, KS 66050-0007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
        ##+BIG HEARTS PET BRANDS,    ATTN PAYROLL,    375 NORTH SHORE DRIVE,    PITTSBURGH, PA 15212-5866
                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                          Signature:  /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2017 at the address(es) listed below:
              Andrew M. Duncan    on behalf of Creditor    Snap-on Credit, LLC aduncan@cmplaw.net
              J Shannon Garrett    on behalf of Debtor Casey Ray Pollard sgarrett@garrettlawllc.com,
              emckinley@garrettlawllc.com;GarrettLawLLCmyECF@gmail.com
              Jan Hamilton    bdms@topeka13trustee.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov

                                                                  TOTAL: 4