# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

    CASEY RAY POLLARD            Case No: 14-40231-13

    Debtor

## NOTICE OF COMPLETION OF PLAN PAYMENTS

COMES NOW Jan Hamilton, the Chapter 13 Trustee, and advises the Court that the Debtor has completed all payments required under the confirmed Chapter 13 Plan and all amendments and/or modifications thereto, if any, or has completed all payments as required prior to seeking an entry of discharge pursuant to 11 U.S.C. 1328(b).

The Debtor is hereby notified that if the Trustee was disbursing funds on their behalf to creditors holding mortgage or other long term debt, the Debtor shall commence payments directly to those creditors.

The Debtor or Debtor's Attorney must file a Certificate of Compliance and Motion for Discharge. Failure to do so will result in a request by the Trustee to the Court to close the case without discharge.

                                             s/Jan Hamilton
                                             Jan Hamilton #08163
                                             P.O. Box 3527, Topeka, KS 66601-3527
                                             785-234-1551, 785-234-0537(FAX)
                                             jan.hamilton@topeka13trustee.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice was served, either electronically, or deposited in the United States mail, first-class postage prepaid, on August 03, 2017 to the Debtor and the attorney for the Debtor.

CASEY RAY POLLARD    PO BOX 7, LECOMPTON, KS 66050

*PF/190*

                                             s/Jan Hamilton
                                             Jan Hamilton, Chapter 13 Trustee