**Form ntcredchg**  (Revised 09/24/2008)

## United States Bankruptcy Court – District of Kansas
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 14–40231

Chapter: 13

In re: (Name of Debtor)

Casey Ray Pollard
PO Box 7
Lecompton, KS 66050

**Entered By The Court**
**8/3/17**

**NOTICE TO CHAPTER 13 DEBTOR(S)**

**Filed By The Court**
**8/3/17**
**David D. Zimmerman**
**Clerk of Court**
**US Bankruptcy Court**

Notice is hereby given that the Chapter 13 Trustee in this case has filed a Notice of Chapter 13 Plan Completion. Debtor(s) and/or counsel have thirty (30) days from the date of this Notice to file a Certificate of Compliance and Motion for Entry of Discharge to obtain a discharge under 11. U.S.C. 1328.

Failure to file the Certificate of Compliance and Motion for Entry of Discharge may result in the case being closed without entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Certificate of Compliance and Motion for Entry of Discharge, the debtor(s) must pay the full reopening fee due for filing the motion.

Document 72

s/ David D. Zimmerman
Clerk, United States Bankruptcy Court

United States Bankruptcy Court
District of Kansas

In re:  
Casey Ray Pollard  
    Debtor

Case No. 14-40231-JMK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1083-5     User: mindy     Page 1 of 1     Date Rcvd: Aug 03, 2017  
Form ID: ksplncm     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2017.  
db     +Casey Ray Pollard,    PO Box 7,    Lecompton, KS 66050-0007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2017 at the address(es) listed below:  
     Andrew M. Duncan    on behalf of Creditor    Snap-on Credit, LLC aduncan@cmplaw.net  
     J Shannon Garrett    on behalf of Debtor Casey Ray Pollard sgarrett@garrettlawllc.com, emckinley@garrettlawllc.com;GarrettLawLLCmyECF@gmail.com  
     Jan Hamilton    bdms@topeka13trustee.com  
     U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov  
                                                                                           TOTAL: 4