IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

IN RE:
Casey Ray Pollard                                                                               Case Number 14-40231-13-JMK

CHAPTER 13 DEBTOR'S CERTIFICATION OF COMPLIANCE
AND MOTION FOR ENTRY OF DISCHARGE

COMES NOW the Debtor, by and through his attorney, J. Shannon Garrett, and moves the Court for an Order granting a discharge. In support of said Motion, Debtor asserts:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 157 and 11 U.S.C. § 1328.
2. Debtor filed a bankruptcy case under Chapter 13 of the Bankruptcy Code.
3. Debtor's Chapter 13 Plan was confirmed on July 17, 2014.
4. All payments have been completed under the terms of Debtor's confirmed Chapter 13 Plan.
5. Debtor has attached his Form 283 Certification under penalty of perjury.

WHEREFORE, Debtor requests that the Court grant this Motion for Discharge in accordance with 11 U.S.C. § 1328, and for such other and further relief as the Court deems just and equitable.

Dated August 8, 2017.

Respectfully submitted,

s/ J. Shannon Garrett
J. Shannon Garrett #18875
Garrett Law LLC
515 South Kansas Ave, Suite 403
Topeka, KS 66603
785-276-9300
866-306-5840 FAX
sgarrett@garrettlawLLC.com
Counsel for Debtor

**B283 (Form 283) (04/13)**

# United States Bankruptcy Court
## District of Kansas

In re **Casey Ray Pollard**        Case No. **14-40231**
                    Debtor(s)        Chapter **13**

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
## DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☑ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☑ I have not claimed an exemption pursuant to §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to §522(b)(3) and state and local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on   3/28/2017                s/ Casey Ray Pollard
             Date                                  **Casey Ray Pollard**
                                                                                      Debtor

*\*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS
IN RE:
CASEY RAY POLLARD                                         Case Number 14-40231-13-JMK


NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON DEBTOR'S MOTION FOR DISCHARGE

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Topeka, Kansas, Kansas, on or before **September 8, 2017**, the Court will enter an order prepared and submitted by movant within ten (10) days of the objection deadline and no hearing will be held.

If you file a timely objection, a <u>nonevidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 444 S.E. Quincy, Room 210, Topeka, KS, 66683, on **October 4, 2017 at 9:00 am - Ch 13 Misc Docket** or as soon thereafter as the court's schedule permits. If you file the objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

Dated August 8, 2017.

Respectfully submitted,

s/ J. Shannon Garrett
J. Shannon Garrett #18875
Garrett Law LLC
515 South Kansas Ave, Suite 403
Topeka, KS 66603
785-276-9300
866-306-5840 FAX
sgarrett@garrettlawLLC.com
Counsel for Debtor


CERTIFICATE OF SERVICE

I do hereby certify that on August 8, 2017, I mailed, by first class United States mail, postage prepaid, a copy of the foregoing Notice of Nonevidentiary Hearing, and the pleading attached, to the parties listed on the attached matrix.

I further certify that on August 8, 2017, I electronically filed the above and foregoing Motion with the Court via the CM/ECF system, noticing all interested parties using the CM/ECF system.

s/ J. Shannon Garrett
J. Shannon Garrett #18875