```
Label Matrix for local noticing          Snap-on Credit, LLC                      Topeka Divisional Office
1083-5                                   c/o Cohen McNeile & Pappas PC            240 US Courthouse
Case 14-40231                            4601 College Blvd., Suite 200            444 SE Quincy
District of Kansas                       Leawood, KS 66211-1650                   Topeka, KS 66683-3592
Topeka
Tue Aug  8 13:16:27 CDT 2017

ALTAIR OH XIII, LLC                      AT&T                                     Ally Financial
C O WEINSTEIN, PINSON, AND RILEY PS      Consumer Billing/Bankruptcy              200 Renaissance Ctr
2001 WESTERN AVENUE STE 400              PO Box 5001                              Detroit MI 48243-1300
SEATTLE WA 98121-3132                    Carol Stream IL 60197-5001


Ally Financial serviced by Ally Servicing LL   American Collection Sy             Bby/Cbna
PO Box 130424                            407 S 21st St                            50 Northwest Point Road
Roseville, MN 55113-0004                 Laramie WY 82070-4323                    Elk Grove Village IL 60007-1032


Best Buy                                 CERASTES, LLC                            Cap1/Kawas
Credit Services                          c/o Weinstein, Pinson, & Riley, P.S.     26525 N Riverwoods Blvd
PO Box 6204                              2001 Western Ave., Ste. 400              Mettawa IL 60045-3440
Sioux Falls SD 57117-6204                Seattle, WA 98121-3132


Cap1/Suzki                               (p)DELL FINANCIAL SERVICES               Dept Of Ed/Sallie Mae
26525 N Riverwoods Blvd                  P O BOX 81577                            11100 Usa Pkwy
Mettawa IL 60045-3440                    AUSTIN TX 78708-1577                     Fishers IN 46037-9203


First Premier Bank                       GE Capital Retail Bank                   Gecrb/Walmart
601 S Minnesota Ave                      Attn: Bankruptcy                         Po Box 965024
Sioux Falls SD 57104-4868                PO Box 103104                            Orlando FL 32896-5024
                                         Roswell GA 30076-9104


Internal Revenue Service                 (p)KANSAS DEPARTMENT OF REVENUE          Laramie Pediatrics
PO Box 7346                              PO BOX 12005                             1252 N 22nd St # B
Philadelphia PA 19101-7346               TOPEKA KS 66601-3005                     Laramie WY 82072-5306


Leo and Nancy Pollard                    Navient Solutions Inc.                   Paula D. Kraft
640 East 3rd                             Department of Education Loan Services    402 N600 Rd
Lecompton KS 66050-3067                  P.O. Box 9635                            Overbrook KS 66524
                                         Wilkes-Barre, PA   18773-9635


Premier Bankcard/Charter                 Quantum3 Group LLC as agent for          (p)SNAP ON CREDIT LLC
PO Box 2208                              MOMA Funding LLC                         950 TECHNOLOGY WAY
Vacaville, CA 95696-8208                 PO Box 788                               SUITE 301
                                         Kirkland, WA  98083-0788                 LIBERTYVILLE IL 60048-5339


St Francis Health Center                 St Francis Physican Clinics              Tract/Cbna
SCLHS Dept Ch 14413                      1915 SW 6th Avenue                       Po Box 6497
Palatine IL 60055-4413                   Topeka KS 66606-1601                     Sioux Falls SD 57117-6497
```

| | | |
|---|---|---|
| Tractor Supply Credit Plan<br>PO Box 6403<br>Sioux Falls SD 57117-6403 | Truity Federal Cu<br>501 S Johnstone Ave<br>Bartlesville OK 74003-6622 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 |
| Casey Ray Pollard<br>PO Box 7<br>Lecompton, KS 66050-0007 | J Shannon Garrett<br>Garrett Law LLC<br>515 South Kansas Ave<br>Suite 403<br>Topeka, KS 66603-3415 | Jan Hamilton<br>507-9 SW Jackson<br>PO Box 3527<br>Topeka, KS 66601-3527 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>915 SW Harrison<br>Topeka KS 66612-2005 | Snap-On Credit Llc<br>Po Box 506<br>Gurnee IL 60031 |
| (d)Snap-on Credit LLC<br>950 Technology Way<br>Suite 301<br>Libertyville, IL 60048 | (d)Webbank/Dfs<br>1 Dell Way<br>Round Rock TX 78682 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     0<br>Total                  35 |