| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Casey Ray Pollard** | Social Security number or ITIN  xxx–xx–4091 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| | | Date Notice Issued: **9/11/17** |
| United States Bankruptcy Court  **District of Kansas** | | |
| Case number/Judge:  **14–40231 / Janice Miller Karlin** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Casey Ray Pollard

9/11/17                                    **By the court:**      Janice Miller Karlin
                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                     District of Kansas
In re:                                                               Case No. 14-40231-JMK
Casey Ray Pollard                                                    Chapter 13
        Debtor                      CERTIFICATE OF NOTICE
District/off: 1083-5          User: mindy                 Page 1 of 2                  Date Rcvd: Sep 11, 2017
                              Form ID: 3180W              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2017.
db           +Casey Ray Pollard,    PO Box 7,   Lecompton, KS 66050-0007
cr           +Snap-on Credit, LLC,    c/o Cohen McNeile & Pappas PC,    4601 College Blvd., Suite 200,
               Leawood, KS 66211-1650
7944180      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY PS,    2001 WESTERN AVENUE STE 400,
               SEATTLE WA 98121-3132
7870146      +Bby/Cbna,   50 Northwest Point Road,    Elk Grove Village IL 60007-1032
7870147      +Best Buy,    Credit Services,   PO Box 6204,    Sioux Falls SD 57117-6204
7969187      +CERASTES, LLC,    c/o Weinstein, Pinson, & Riley, P.S.,    2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
7870149      +Cap1/Suzki,    26525 N Riverwoods Blvd,    Mettawa IL 60045-3440
7944318     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
               PO Box 10390,    Greenville, SC 29603-0390)
7870150      +Dept Of Ed/Sallie Mae,    11100 Usa Pkwy,    Fishers IN 46037-9203
7870159      +Laramie Pediatrics,    1252 N 22nd St # B,    Laramie WY 82072-5306
7870160      +Leo and Nancy Pollard,    640 East 3rd,    Lecompton KS 66050-3067
8005311       Navient Solutions Inc.,    Department of Education Loan Services,    P.O. Box 9635,
               Wilkes-Barre, PA   18773-9635
7870161       Paula D. Kraft,    402 N600 Rd,   Overbrook KS 66524
7870162     ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,   LIBERTYVILLE IL 60048-5339
             (address filed with court: Snap-On Credit Llc,     Po Box 506,   Gurnee IL 60031)
7870163       St Francis Health Center,    SCLHS Dept Ch 14413,    Palatine IL 60055-4413
7870164       St Francis Physican Clinics,    1915 SW 6th Avenue,    Topeka KS 66606-1601
7870165      +Tract/Cbna,    Po Box 6497,   Sioux Falls SD 57117-6497
7870166      +Tractor Supply Credit Plan,    PO Box 6403,   Sioux Falls SD 57117-6403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7870145       EDI: ATTWIREBK.COM Sep 11 2017 22:18:00      AT&T,   Consumer Billing/Bankruptcy,    PO Box 5001,
               Carol Stream IL 60197-5001
7870143      +EDI: GMACFS.COM Sep 11 2017 22:18:00      Ally Financial,   200 Renaissance Ctr,
               Detroit MI 48243-1300
7873936       EDI: GMACFS.COM Sep 11 2017 22:18:00      Ally Financial serviced by Ally Servicing LLC,
               PO Box 130424,    Roseville, MN 55113-0004
7870144      +E-mail/Text: nestar@acsiwest.com Sep 11 2017 22:44:48       American Collection Sy,
               407 S 21st St,    Laramie WY 82070-4323
7870148      +EDI: CAPITALONE.COM Sep 11 2017 22:18:00      Cap1/Kawas,    26525 N Riverwoods Blvd,
               Mettawa IL 60045-3440
7870168       EDI: RCSDELL.COM Sep 11 2017 22:18:00      Webbank/Dfs,    1 Dell Way,   Round Rock TX 78682
7870154      +EDI: AMINFOFP.COM Sep 11 2017 22:18:00      First Premier Bank,   601 S Minnesota Ave,
               Sioux Falls SD 57104-4868
7870155      +EDI: RMSC.COM Sep 11 2017 22:18:00      GE Capital Retail Bank,   Attn: Bankruptcy,
               PO Box 103104,    Roswell GA 30076-9104
7870156      +EDI: RMSC.COM Sep 11 2017 22:18:00      Gecrb/Walmart,   Po Box 965024,    Orlando FL 32896-5024
7870157       EDI: IRS.COM Sep 11 2017 22:18:00      Internal Revenue Service,   PO Box 7346,
               Philadelphia PA 19101-7346
7870158       E-mail/Text: KDOR_KSBANKRUPTCY@KS.GOV Sep 11 2017 22:45:05       Kansas Department of Revenue,
               Civil Tax Enforcement,    PO Box 12005,    915 SW Harrison,   Topeka KS 66612-2005
7945215      +E-mail/Text: csidl@sbcglobal.net Sep 11 2017 22:44:30       Premier Bankcard/Charter,
               PO Box 2208,    Vacaville, CA 95696-8208
7921507       EDI: Q3G.COM Sep 11 2017 22:18:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,   Kirkland, WA 98083-0788
7870167      +E-mail/Text: ashley.lewis@truitycu.org Sep 11 2017 22:44:46       Truity Federal Cu,
               501 S Johnstone Ave,    Bartlesville OK 74003-6622
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7870151*     +Dept Of Ed/Sallie Mae,    11100 Usa Pkwy,    Fishers IN 46037-9203
7870152*     +Dept Of Ed/Sallie Mae,    11100 Usa Pkwy,    Fishers IN 46037-9203
7870153*     +Dept Of Ed/Sallie Mae,    11100 Usa Pkwy,    Fishers IN 46037-9203
7891093*    ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,   LIBERTYVILLE IL 60048-5339
             (address filed with court: Snap-on Credit LLC,     950 Technology Way,    Suite 301,
               Libertyville, IL 60048)
                                                                                               TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2017 at the address(es) listed below:

              Andrew M. Duncan    on behalf of Creditor    Snap-on Credit, LLC aduncan@cmplaw.net
              J Shannon Garrett    on behalf of Debtor Casey Ray Pollard sgarrett@garrettlawllc.com,
               emckinley@garrettlawllc.com;GarrettLawLLCmyECF@gmail.com
              Jan  Hamilton    bdms@topeka13trustee.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                              TOTAL: 4