UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
TOPEKA, KANSAS DIVISION

In re:                                          Case No. 14-40231

CASEY RAY POLLARD

Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Jan Hamilton, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/18/2014.

2) The plan was confirmed on 06/25/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/23/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/20/2015.

5) The case was completed on 07/05/2017.

6) Number of months from filing to last payment: 40.

7) Number of months case was pending: 44.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $5,550.00.

10) Amount of unsecured claims discharged without payment: $14,507.29.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $21,104.72 |
| Less amount refunded to debtor | $1,793.22 |

**NET RECEIPTS:** $19,311.50

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,845.00 |
| Court Costs | $281.00 |
| Trustee Expenses & Compensation | $1,734.10 |
| Other | $300.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,160.10

Attorney fees paid and disclosed by debtor:  $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLY FINANCIAL | Secured | 15,259.00 | 15,346.27 | 2,032.09 | 2,032.09 | 868.13 |
| ALTAIR OH XIII LLC | Unsecured | 1,250.00 | 1,250.01 | 1,250.01 | 346.67 | 0.00 |
| AMERICAN COLLECTION SYSTEMS | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| BEST BUY CO | Secured | 880.00 | NA | NA | 0.00 | 0.00 |
| CAP 1 | Secured | 3,557.00 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Secured | 4,694.00 | 4,694.81 | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LP | Unsecured | 3,941.00 | 3,787.81 | 3,787.81 | 1,050.46 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 6,976.00 | 7,165.31 | 7,165.31 | 1,987.17 | 0.00 |
| PREMIER BANKCARD | Unsecured | 343.00 | 313.55 | 343.55 | 95.28 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 249.00 | 249.60 | 249.60 | 69.22 | 0.00 |
| SNAP-ON CREDIT LLC | Secured | 6,971.00 | 6,981.16 | 6,981.16 | 6,981.16 | 721.22 |
| ST FRANCIS HEALTH CENTER | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS PHYSICIAN CLINICS | Unsecured | 1,714.93 | NA | NA | 0.00 | 0.00 |
| TRACTOR SUPPLY | Unsecured | 1,191.02 | NA | NA | 0.00 | 0.00 |
| TRUITY FEDERAL CREDIT UNION | Unsecured | 7,106.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,032.09 | $2,032.09 | $868.13 |
| All Other Secured | $6,981.16 | $6,981.16 | $721.22 |
| **TOTAL SECURED:** | **$9,013.25** | **$9,013.25** | **$1,589.35** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$12,796.28** | **$3,548.80** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $5,160.10 |
| Disbursements to Creditors | $14,151.40 |
| **TOTAL DISBURSEMENTS** : | **$19,311.50** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/21/2017    By: /s/ Jan Hamilton
                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

IN RE:

    CASEY RAY POLLARD            Case No. 14-40231

    Debtor

## NOTICE WITH OPPORTUNITY FOR HEARING ON
## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Please be advised Jan Hamilton, Chapter 13 Trustee, has filed the Chapter 13 Standing Trustee's Final Report And Account.

Unless a written objection to the Chapter 13 Standing Trustee's Final Report And Account is filed with the Clerk of the U.S. Bankruptcy Court, 240 US Courthouse, 444 SE Quincy, Topeka, KS 66683, on or before December 21, 2017, it is presumed that the Chapter 13 estate has been fully administered, and an Order or Decree may be entered which closes the Chapter 13 estate and releases the Trustee and the Trustee's surety bond without further notice. If an objection is timely filed, a non-evidentiary hearing will be held before the US Bankruptcy Court, 444 SE Quincy, Room 210, Topeka, KS 66683 on January 10, 2018 at 9:00 am.

A hearing will not be held on this motion unless an objection and/or response is timely filed with the Clerk of the U.S. Bankruptcy Court.

                                              /s/ Jan Hamilton
                                              Jan Hamilton, Trustee # 08163
                                              509 SW Jackson St, Topeka, KS 66603
                                              (785)234-1551, (785)234-0537 Fax
                                              jan.hamilton@topeka13trustee.com

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing Notice and Chapter 13 Standing Trustee's Final Report And Account attached thereto was sent electronically or mailed, postage prepaid, to the following: Debtor, Debtor's Attorney, U.S. Trustee. A summary of the Chapter 13 Standing Trustee's Final Report And Account was mailed to all creditors who filed claims on this date: November 21, 2017

                                              /s/ Jan Hamilton
                                              Jan Hamilton, Trustee

                                              USTFRA101/DB

**UST Form 101-13-FR-S (09/01/2009)**