**SO ORDERED.**

**SIGNED this 28th day of December, 2017.**



_____
Janice Miller Karlin
United States Chief Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

      CASEY RAY POLLARD

            Debtor                     Case No: 14-40231

**FINAL DECREE**
----------------------
**COMPLETED**

    The Petition of Jan Hamilton, Trustee of the above named debtor(s) for Final Decree, discharging him as Trustee and closing the estate having been heard, and due notice of said hearing having been given by mail to all persons entitled thereto, and no adverse interest having been represented at said hearing.

    The Court finds the report of the Trustee should be approved.

    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Final Report and Account of the Standing Chapter 13 Trustee be and the same is hereby approved, and he be discharged as Trustee of the above named Debtor, and he and the surety on his bond be and they are hereby released from any and all liability upon such bond on account of the subject proceeding arising hereafter, and this case be, and hereby is, closed.

                                                    ###

Prepared and Approved By:

s/Jan Hamilton, Chapter 13 Trustee
Jan Hamilton #08163
509 SW Jackson St, Topeka, KS 66603
785-234-1551, 785-234-0537(FAX)
jan.hamilton@topeka13trustee.com

In re:  
Casey Ray Pollard  
    Debtor

Case No. 14-40231-JMK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1083-5    User: mindy    Page 1 of 1    Date Rcvd: Dec 28, 2017  
                 Form ID: pdf020    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2017.  
db          +Casey Ray Pollard,    PO Box 7,    Lecompton, KS 66050-0007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2017 at the address(es) listed below:  
         Andrew M. Duncan    on behalf of Creditor    Snap-on Credit, LLC aduncan@cmplaw.net  
         J Shannon Garrett    on behalf of Debtor Casey Ray Pollard sgarrett@garrettlawllc.com, emckinley@garrettlawllc.com;GarrettLawLLCmyECF@gmail.com  
         Jan Hamilton    bdms@topeka13trustee.com  
         U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov  
                                                                                                                                                             TOTAL: 4